## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (Northern Division)

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 2 9 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| **WILLIAM M. SCHMALFELDT, SR** ) | |
| 6636 Washington Blvd, Lot 71 ) | |
| Elkridge, MD 21075 ) | |
| *Pro Se Plaintiff* ) | |
| v. ) | Case # ROB-15-1241 |
| **PATRICK G. GRADY** ) | |
| aka *"Paul Krendler"* ) | |
| 1103 Chesapeake Ct. ) | |
| Palatine, IL 60074 ) | |
| *Defendant* ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT, JURY DEMAND

### INTRODUCTION

1.     Plaintiff William M. Schmalfeldt (SCHMALFELDT) hereby brings this complaint to recover damages inflicted by Defendant Patrick G. Grady (GRADY) for engaging in tortious conduct, including but not limited to (1) Libel Per Se (2) False Light Invasion of Privacy (3) Intentional Infliction of Emotional Distress.

2.     This case arises out of GRADY's anger over a harsh response he got to an unsolicited, anonymous comment on SCHMALFELDT's now-dormant blog, patriot-ombudsman.com. SCHMALFELDT had stated previous to February 8, 2014, that any anonymous attacks in the comment section of his blog would be dealt with harshly. Knowing this, GRADY filed

an obscenity-laced, defamatory comment to SCHMALFELDT'S blog on

February 7, 2014. SCHMALFELDT responded by following the IP address

WordPress provides for each comment, tracing the source, connecting the

source to other Internet identities associated with the same IP address, and

learned the true name and address of the offending commenter through

completely legal means, using information freely available online. Without

revealing any information, such as home address, telephone number, and

other PII, SCHMALFELDT made good on his threat to show other potential

spam troll commenters that his threats were to be taken seriously. This did

not sit well with GRADY, who later admitted himself to be suffering from

Bipolar Disease and called himself a "highly functioning sociopath". This

led to GRADY dropping his former Palatine Pundit identity, adopting a

pseudonym of Paul Krendler (the FBI agent who has the top of his head

sawed off in the movie "Hannibal", the creation of a members-only blog,

then a public blog, all the while ramping up the hate level and his apparent

obsession with punishing SCHMALFELDT for his rejection of GRADY's

comment.

3.     By his actions, GRADY has terrorized SCHMALFELDT for

over 15 months through his own unhinged, bizarre actions, his recruitment

of like-minded individuals who joined in on the harassment, GRADY's

2

single minded obsession with putting SCHMALFELDT behind bars, even if he had to make up the reasons (as he admits on the "members only" blog,) taunting SCHMALFELDT's 15-year struggle with Parkinson's disease and mocking SCHMALFELDT's wife, who is in the final stages of Scleroderma. Despite his frantic actions to keep his identity a secret, Schmalfeldt's years in investigative journalism proved valuable as he was able to ferret out "Krendler's" true identity of Patrick G. GRADY (Exhibit A)

## THE PARTIES

4.    SCHMALFELDT is a 60-year old Navy veteran, broadcaster, journalist and writer-editor for the federal government who retired due to advancing Parkinson's disease in March 2011. He lives in Elkridge, MD, with his wife of 25 years.

5.    GRADY is a 49-year old, residing in Palatine, IL, employed in some computer-related position at the Office Max location in Naperville, IL.

## JURISDICTION AND VENUE

6.    This Court has jurisdiction over this action pursuant to 28 USC § 1332 (diversity of citizenship) as SCHMALFELDT and GRADY are from different states and the matter in controversy exceeds the sum or value of $75,000, as well as 28 USC § 1367(a) which covers supplemental jurisdiction over causes of action based on state law.

3

7.    Venue is proper in the District of Maryland under 28 USC § 1391 in that the Plaintiff resides in Maryland, the terror and harassment and other allegations in this complaint occurred in Maryland, and, as will be alleged, GRADY attempted to interfere in a proceeding taking place in a Maryland courtroom.

## STATEMENT OF FACTS

8.    To prove the tort of "Defamation" in Maryland, the plaintiff is required to show: (1) that the defendant made a defamatory statement to a third person, (2) that the statement was false, (3) that the defendant was legally at fault in making the statement, and (4) that the plaintiff thereby suffered harm. A defamatory statement is one 'which tends to expose a person to public scorn, hatred, contempt or ridicule, thereby discouraging others in the community from having a good opinion of, or associating with, that person.'" *Offen v. Brenner, 402 Md. 191, 935 A.2d 719 (2007), quoting Smith v. Danielczyk, 400 Md. 98, 115, 928 A.2d 795, 805 (2007).*

9.    To qualify as "Defamation Per Se", "In the case of words or conduct actionable *per se*, their injurious character is a self-evident fact of common knowledge of which the court takes judicial notice and need not be pleaded or proved. In the case of words or conduct actionable only *per quod*, the injurious effect must be established by allegations and proof of special

damage and in such cases it is not only necessary to plead and show that the words or actions were defamatory, but it must also appear that such words or conduct caused actual damage." *M & S Furniture v. De Bartolo Corp., 249 Md. 540, 544, 241 A.2d 126, 128 (1968).* A statement which falsely charges a person with the commission of a crime is defamatory *per se (A. S. Abell Co. v. Barnes, 258 Md. 56 (1970)*); as is a statement of unchastity or immorality, particularly against a woman. In defamation *per se* cases, the plaintiff does not have to prove actual damage in order to successfully litigate his or her case because the defamatory statements are enough to bring ruin to his or her reputation.

10.     GRADY did engage in defamation per se as defined under Maryland law by making defamatory statements about SCHMALFELDT to the 1,000-plus daily readers of his blog knowing these defamatory statements to be untrue. GRADY was legally at fault for making the statements which have exposed SCHMALFELDT to public scorn from other bloggers who read and repeat the defamatory remarks, to cause contempt and ridicule of SCHMALFELDT, and making it so his defamatory remarks appear toward the head of any Google search of SCHMALFELDT's name. It is Defamation *per se* since GRADY writes about SCHMALFELDT fantasizing over having oral sex with his dead twin brother, because

GRADY refers to SCHMALFELDT's wife as an alcoholic truck stop whore,

and because at one point, GRADY defines SCHMALFELDT as having

syphilis.

11.    The elements of false light invasion of privacy are as follows:

One who gives publicity to a matter concerning another that places the other

before thepublic in a false light is subject to liability to the other for invasion

of his privacy, if

(a) the false light in which the other was placed would be highly

offensive to a reasonable person, and

(b) the actor had knowledge of or acted in reckless disregard as to the

falsity of the publicized matter and the false light in which the other would

be placed.

*Restatement (Second) of Torts § 652E, quoted in Curran v. Children's Serv.*

*Ctr. of Wyoming County, 396 Pa.Super. 29, 578 A.2d 8, 12 (1989).*

Publicity "means that the matter is made public, by communicating it

to the public at large, or to so many persons  that the matter must be

regarded as substantially certain to become one of public knowledge."

*Restatement (Second) of Torts § 652E, cmt e, quoted in Curran, 578 A.2d at*

*12.*  To be highly offensive to a reasonable person, "a major

misrepresentation of a person's character, history, activities or beliefs is

6

made that could reasonably be expected to cause a reasonable man to take serious offense."

*Restatement (Second) of Torts § 652E, cmt c, quoted in Curran, 578 A.2d at 13.*

    12.    The elements for intentional infliction of emotional distress are:

1. Conduct must be intentional or reckless;

2. Conduct must be extreme and outrageous;

3. There must be a causal connection between the wrongful conduct and the emotional distress.

4. Emotional distress must be severe.

*See Harris v. Jones 281 Md 560, 380 A.2d 611(1977).*

To be successful in a suit for intentional infliction of emotional distress, the emotional stress must be so great that no reasonable person could take it. *Hamilton v. Ford Motor Co. 66 Md. App. 46, 61, 502 A.2d 1057, 1064 (1986).*

## FIRST CAUSE OF ACTION – Defamation Per Se

13.     SCHMALFELDT re-alleges and incorporates every paragraph above.

14.     In the days between early February and late March 2014, GRADY was content to comment on Hoge's blog, making such defamatory statements as:

**Palatine Pundit on <u>7 March, 2014 at 20:21</u> said:**

**That's what yesterday's #CabinBoyDeathPoem was – complete horse crap.**

**I wouldn't believe the Tremulous Turd Burglar if he told me water is wet.**

SCHMALFELDT asks the court to keep that derogatory nickname in mind.

**Palatine Pundit on <u>7 March, 2014 at 20:27</u> said:**

**You MUST CARE about the National Blogger's Club because the Cabin Boy DEMANDS IT!!**

**IT PAYS ATTENTION. Attention. Paid. Now. Or I will make pay attention.**

**It rubs the lotion on its skin or else it gets the hose again.**

"Cabin Boy" is a nickname for SCHMALFEDT coined on the Hogewash

blog.

**Palatine Pundit on <u>13 March, 2014 at 12:58</u> said:**

**Oh, you poor Deranged Oedipal Self-confessed Cuckold**

**Cyberstalker Fat Troll Cabin Boy,**

**Don't you know Dexter was a fictional character?**

**Palatine Pundit on <u>13 March, 2014 at 15:17</u> said:**

**FUN FACT: The Cabin Boy is obsessed with the idea that the**

**whole of Lickspittle Nation lives in his head rent free that he can't**

**stop tweeting about how often his charm, sophistication, good**

**looks, confidence, swagger, intelligence and ability to make bigs**

**without having to stop typing are talked about here.**

"Make bigs" is a phrase SCHMALFELDT used once as a euphemism for the

act of defecation,

**Palatine Pundit on <u>15 March, 2014 at 18:06</u> said:**

**Deranged Oedipal Self-confessed Cuckolded Tremulously Fat Cyberstalking Trollfaced Turd Burglar & Cabin Boy Bill Schmalfeldt**

SCHMALFELDT asks the court to take notice of the writing style of Patrick Grady during his stint as Palatine Pundit.

15.   On or about March 28, 2014, GRADY apparently came to the conclusion that he needed his own blog to truly defame the Plantiff. On information and belief, he changed his identity to Paul Krendler, the FBI agent who gets the top of his head sawed off in the movie "Hannibal," and began a serious campaign of defamation and intentional infliction of emotional harassment that continues to this day, On that day, on his members-only blog http://hoooooooooooooooooooooge.com, he wrote (in part) in a blog post titled, "Gotta Hand it to Bill, He Can Sure Drive Traffic – Away"

"      **Old and crazy, fat and demented, Bill Schmalfeldt sat at his curbside reject card table, wishing he could rub two dimes together and find an old desk at a yard sale. But who would help him haul it home? Gail? She was rarely home anymore. She spent her nights wandering the streets of Elkridge, desperate to get out**

of the house, out from under his hateful eye. Away from the

unrelenting stink of old diapers and sweating feet. She spent the

days sleeping off the nights. With the dogs. He stared at a blank

page, considering his next post."

The post continues with SCHMALFELDT's "reminiscences" of having oral

sex with his twin brother who died in 2004.

""What's happened to me? God damn it, I'm relevant. Relevant!"

He shook a fist at the ceiling, splattering mayonnaise on his

monitor.

"He absently wiped the stain from his monitor and licked the

creamy goo off his finger. He liked creamy, gooey things. For no

particular reason, he thought of his lost brother Bob.

*Oh, God, Bob,* he thought, still sucking his finger clean. *I miss

you so.*

"He sat back and closed his eyes, remembering fondly the many

years of sharing a bedroom with the Bobber. The playful teasing

and wrestling that almost always ended up with grunts and

> **moans, communicating brotherly love in the special language that**
> **only identical twins knew."**

The post goes on in much the same vein for several thousand words.
SCHMALFELDT asks the court to take note that this version of the story
was published on March 28, 2014. The story was republished on the open-
to-the-public "Thinking Man's Zombie" blog on April 23, 2014.

16.    On April 18, 2014, using the same members-only blog,
GRADY wrote about a visit from his local police department occasioned by
SCHMALFELDT calling them after receiving a Tweet from GRADY with a
photo of Mr. Bill getting his head sawed off. He wrote this under the
pseudonym "Paul Krendler," even though this was an event in the life of
Patrick Grady.

> **"'He says you've threatened to kill him," the officer said.**
>
> **"'He says that a lot,' I said. 'He's a fucking lunatic who should be**
> **in a long-term psychward,'**
>
> **"'Said Bipolar boy,' the officer laughed.**

> **"Who better to see the signs, I said, This tremulous turd-burglar believes every word he says, and a whole lot more that he simply makes up"**

SCHMALFELDT asks the court again to take notice of the phrase "tremulous turd burglar" that, as the Palatine Pundit, GRADY used frequently to define SCHMALFELDT on the Hogewash blog.

> **"I told the officer how fat Bastardson doxed me after I posted an innocuous comment on a particularly pathetic blog post."**

Again, SCHMALFELDT asks the court to take notice of this comment, posted as Patrick Grady, on the Hogewash blog on February 19, 2015. Specifically, his being "doxed" over an "innocuous little comment."

> **Patrick Grady on <u>19 February, 2015 at 17:30</u> said:**
>
> **I've had something on my mind for the past couple of weeks, but I have been too much occupied by more important things to comment about it lately.**
>
> **It occurred to me recently that, if I were on speaking terms with Bill Schmalfeldt (not ever, FTR), I would like to ask him a question:**

**Bill, given that a little over a year ago, you chose to dox me over**
**an innocuous little comment on a blog post about how horrible**
**your 2013 was, if you were to look back over the past year since**
**you did, would you say that, as a result of that dox and all that has**
**followed since…are you a happier man today than you were then?**

17.    On April 23, 2015, GRADY (as Krendler) created his own,
non-private blog, calling it the Thinking Man's Zombie. His first post was a
recreation, nearly word for word, of his March 28 post on his "members-
only blog."

http://thinkingmanszombie.com/2014/04/23/we-can-write-whatever-we-
want-right/

18.    Following is a list of defamatory, disgusting posts that will be
largely lisedt by URL with explanations as to why they are defamatory.

http://thinkingmanszombie.com/2014/05/15/trying-to-silence-me-
pretty-much-because-im-guilty/

In which he pretends to write as if he were SCHMALFELDT, In this
post, SCHMALFELDT am ridiculed for being an overweight liar.

http://thinkingmanszombie.com/2014/05/15/last-man-staggering/

14

In this post, SCHMALFELDT am falsely accused of infringing a copyright.

http://thinkingmanszombie.com/2014/05/16/things-i-really-like-a-lot-in-a-transparently-narcissistic-passive-aggressive-way/

**"I love it when morbidly obese, cowardly ex-government functionaries who have slid by on the path of least resistance their whole miserable lives mock people who make an effort to be a positive force in their communities, instead of just being another helpless calf (who suffers from Parkinson's Disease – the gait kind) sucking the government tit."**

http://thinkingmanszombie.com/2014/06/11/in-his-own-words/

In this post, he claims SCHMALFELDT has written things about himself that he did not write, such as admissions that his dying wife beats him, He craps his own pants, he makes up lies about people and is a thief.

http://thinkingmanszombie.com/2014/08/24/these-will-be-days-well-spent/

http://thinkingmanszombie.com/2014/09/24/memory-check/

15

He explicitly suggests that SSCHMALFELDT kill himself.

http://thinkingmanszombie.com/2014/11/16/a-final-final-vomitous-rant-thought-at-least-until-the-next-time-i-leave-forever/

As "SCHMALFELDT" again, a gay lover of anal sex who lied about his time in the military, stolen valor, etc.

http://thinkingmanszombie.com/2014/12/04/the-demented-freak-forgets-his-place/

SCHMALFELDT is referred to as a Demented Freak and his picture is used without his permission.

http://thinkingmanszombie.com/2014/12/08/cabin-boy-covers-the-hits/

In which SCHMALFELDT is referred to as a coprophilac.

http://thinkingmanszombie.com/2014/12/10/our-libertines-young-thighs-and-our-blights-we-will-detain/

Writing as "SCHMALFELDT" again.

"Three weeks from this coming Sunday will mark the 60th anniversary of the day I flopped headfirst through the waiting hands of the staff obstetrician and onto the delivery room floor at Lord Have Mercy Hospital in Hillary, Iowa. I've been deported from countries all over the world. But I am an Iowan, born and bred, even if they no longer acknowledge me as such. Meredith Wilson in his wonderful musical "The Music Man" had it correct while describing the contrary nature of natives of the Hawkeye State.

"We can be cold as our falling thermometers in December if you ask about our weather in July. And we're so by gosh stubborn we can stand touchin' noses for a week-and-a-half and never see eye to eye."

Such is my nature. I am opinionated and contentious. These would be admirable traits if I were also informed or educated, but I was only blessed to think I'm smart rather than actually to be smart. I do not suffer people who remind me I'm a fool — or who stand up to my bullying — gladly.

http://thinkingmanszombie.com/2015/01/06/limber-up-for-pointy-laughy/

In which SCHMALFELDT is falsely accused of being an anal fetishist.

http://thinkingmanszombie.com/2015/01/10/our-lady-of-our-lady-of-perpetual-butthurt-pray-for-us/

Writing as "SCHMALFELDT" again.

**"Here's where we stand. Well, sit. If we're going to be accurate about it. On January 30, I have to be transported the 45 miles to Carroll County Circuit Court, with a forklift and a flatbed truck, to receive an ass-whupping from a judge.**

**"This is a "show my ass" hearing so I can humiliate myself once more before a judge while trying to explain why I should not be held in contempt of court for violating the "no contact" portion of Hoge's ill-gotten peace order against me. I say "ill-gotten" because it's just so embarrassing to admit that I failed to follow through and check the court calendar to see that the appeal hearing was still on the docket. That would require me to admit**

that something was my fault, and as a 60 year old man who has
never before taken responsibility for anything I've done in my
life, I can tell you I'm not about to start now."

SCHMALFELDT aska the court to note, the judge ruled in his favor.

The Post continues with GRADY writing as "SCHMALFELDT."

"I am of the opinion that I shouldn't fart unless I am locked in a
very small, airtight closet, with a tube stuck in my ass that runs
straight up to a plastic bag over my head and tied around my
neck so I can fully appreciate the mayonnaise bouquet. And when
Walker saw what I was doing to Kreeeeeeeendleeeeeeeeer!! he
immediately told Hoge to follow through on the peace order
appeal. This ridiculous contempt charge has Walker's patented
"follow the law" approach all over it. And Hoge's readers were
not ready to end their gay – teeheehee! – little romp with my
reputation either. These are people who want me dead. For
instance: *(Exhibit B)*

Continuing to write as SCHMALFELDT:

> **The top picture is my wife the day of her throat cancer surgery in 2012.** *(Exhibit C)* **The black eye is added by "Howard" who refers to her as "sea hag" and "the captive nurse" and he threatens to visit her after I'm dead. Howard is the ONLY PERSON I CAN FIND WHO SUGGESTS THAT I SHOULD BE DEAD, but he is so prolific and he skeers my weepy vagina so badly that he seems like a gang all by himself. Shut up! He's a gang, okay?!? Leave me the fuck alone! Why do you expect logic from me? Did you forget I'm BATSHIT CRAZY?**

http://thinkingmanszombie.com/2015/01/30/todays-lesson/

I am accused of having syphilis.

> "And while the syphilitic catchfart *could* find the post that John made about that petition…"

http://thinkingmanszombie.com/2015/02/01/coming-soon-to-an-internet-near-you/

In which he announces the creation of "Everyone Draw Bill Schmalfeldt Day." *(Exhibit D)*

https://everyonedrawbillschmalfeldtday.wordpress.com/

http://thinkingmanszombie.com/2015/02/08/random-thoughts/

In which GRADY takes credit for placing SCHMALFELDT's last name in the online urban dictionary. He also suggests adding additional words using the last name, and scouring the Internet for proof that SCHMALFELDT lied about his military service.

http://thinkingmanszombie.com/2015/03/26/how-is-it-different/

In which GRADY admits his mockery, defamation and intentional infliction of emotional distress is done just for the amusement of himself and his readers.

19.     These examples are from his public site. His private, members-only site is far more activist in looking for ways to cause distress and defamation. The entire secret blog has been saved from the trash can from whence GRADY stashed it when he learned SCHMALFELDT had found his way into it. One can now see it at http://hoggypot.wordpress.com

20.     The next example is a world class case of defamation per se, and will be offered as an exhibit. (Exhibit E)

21

21.     There are three elements necessary to prove a case for defamation, (1) that the defendant made a defamatory statement to a third person, (2) that the statement was false, (3) that the defendant was legally at fault in making the statement, and (4) that the plaintiff thereby suffered harm. A defamatory statement is one 'which tends to expose a person to public scorn, hatred, contempt or ridicule, thereby discouraging others in the community from having a good opinion of, or associating with, that person.' " *Offen v. Brenner, 402 Md. 191, 935 A.2d 719 (2007), quoting Smith v. Danielczyk, 400 Md. 98, 115, 928 A.2d 795, 805 (2007).*

22.     "In the case of words or conduct actionable *per se*, their injurious character is a self-evident fact of common knowledge of which the court takes judicial notice and need not be pleaded or proved. In the case of words or conduct actionable only *per quod*, the injurious effect must be established by allegations and proof of special damage and in such cases it is not only necessary to plead and show that the words or actions were defamatory, but it must also appear that such words or conduct caused actual damage." M & S Furniture v. De Bartolo Corp., 249 Md. 540, 544, 241 A.2d 126, 128 (1968). A statement which falsely charges a person with the commission of a crime is defamatory *per se* (A. S. Abell Co. v. Barnes, 258 Md. 56 (1970); as is a statement of unchastity or immorality, particularly

against a woman.  In defamation *per se* cases, the plaintiff does not have to prove actual damage in order to successfully litigate his or her case because the defamatory statements are enough to bring ruin to his or her reputation.

23.    The entire reason for the existence of these blogs is to give GRADY a platform – one public, the other members-only, -- from which to libel and defame SCHMALFELDT. The "per se" nature of the defamation is evidenced on the very face of GRADY's many blog posts about SCHMALFELDT. If they were true, what community would not expel this vile stain on humanity from its midst? Yet, GRADY's loyal cadre if readers soak it up like sponges, yap for more, and assist GRADY in finding new items with which to terrorize the SCHMALFELDT family.

**SECOND CAUSE OF ACTION – False Light Invasion of Privacy**

24.    SCHMALFELDT re-alleges and incorporates every paragraph above.

25.    False light is a term often used in the context of invasion of privacy claims which involves presenting a person in such a way that leaves a negative and inaccurate impression about that person. False light is a tort

theory under which a claimant might sue for damage to reputation. The tort

is defined in Restatement (Second) of Torts, Sec. 652E as:

> (1) the portrayal must be found to be "highly offensive to a reasonable
>
> person" and

> (2) the actor had knowledge of or acted in reckless disregard as to the
>
> falsity of the publicized matter and the false light in which the other
>
> would be placed.

26.    In his member's only blog, GRADY asks his readers to send

him any defamatory material they can come up with on SCHMALFELDT,

even if they have to make it up. (Exhibit F) This included personal

information, names, addresses of family members, my address, Google Earth

shots of my home.

27.    In a post on the public blog, dated April 23, 2015, GRADY

writes:

> **It demonstrates – EVERY DAY – that it lacks the ability to put its**
>
> **spouse ahead of itself, the selfish bastard.**

It demonstrates – EVERY DAY – its inability to love its spouse half as much as it hates me, which may be a tenth as much as it hates my friend John.

It demonstrates – EVERY DAY – its complete failure to consider the idea that it might sacrifice anything for the welfare of a person it claims to love.

It demonstrates – EVERY DAY – its diminished mental capacity in its inability to bring a minimal degree of focus to anything not having to do with its collection of perverse obsessions with (in no particular order of importance or intensity): me, John Hoge, homosexuality, self-publishing and podcasting as public humiliation, insulting all icky girls as proxies for the ones it was too terrified of to look at, much less speak to in high school, all things related to human bio-waste management, and inserting its useless pee stick into the "pooter holes" (God help us!) of poor defenseless Cub Scouts like this one:



http://thinkingmanszombie.com/2015/04/23/good-morning-dumbfuck-7/

The Cub Scout in this stolen photo is that of SCHMALFELDT as an 8-year old.

28.    In a post dated April 18, 2015, GRADY writes:

**That's you, Bill.  I thought I had better be explicit because you're such a pathetic idiot you might think I wasn't referring to the demented trailer-dwelling cyber harassing stalker freak from Elkridge, Maryland.**

For the rest of the Zombie Horde, this is an open thread for us to discuss him right under his nose and make him dance like a funny little monkey.

For example, what shade do you think his face is turning as he reads this?

- Pepto Bismol
- Breast Cancer Awareness
- Prime Rib, medium well
- Medium rare
- Dude, chill...are you having a stroke?
- Hulk pants purple

I say he's right at raw hamburger (the 70% crap, not the 85% good stuff) that's been sitting out for about six hours.

So tell me Bill, because I've never tried it – what *does* mayonnaise mixed with honey taste like when you lick it off your goo-covered little fingers?

http://thinkingmanszombie.com/2015/04/18/good-morning-dumbfuck/

## THIRD CAUSE OF ACTION – Intentional Infliction of Emotional

## Distress

.

29.     SCHMALFELDT re-alleges and incorporates every paragraph above.

30.     As stated above, the elements for intentional infliction of emotional distress are:

1. Conduct must be intentional or reckless;

2. Conduct must be extreme and outrageous;

3. There must be a causal connection between the wrongful conduct and the emotional distress.

4. Emotional distress must be severe.

*See Harris v. Jones 281 Md 560, 380 A.2d 611(1977).*

31.     To be successful in a suit for intentional infliction of emotional distress, the emotional stress must be so great that no reasonable person could take it. *Hamilton v. Ford Motor Co. 66 Md. App. 46, 61, 502 A.2d 1057, 1064 (1986).*

32.     There can be no question that GRADY's behavior meets all the criteria set by the Harris and Hamilton courts. GRADY knew what he was

doing. The more popular his blog became, the more delight he took in

mocking me. "Making the Monkey Dance," is how he puts it. The extreme

and outrageous nature of claiming that a person who does not even have a

misdemeanor criminal record is a "deranged cyberstalker" and repeating it

often enough to have the effect of "Google Bombing" Schmalfeldt is anti-

social behavior at best. The repeated referral of SCHMALFELDT as a

"tremulous turd burglar" (ironic mockery of SCHMALFELDT's Parkinson's

disease since Schmalfeldt has the non-tremor variety of the disease), the

other colorful nicknames employed over the past 15 months – "Dumbfuck,"

"Lying Monkey Vulva," a "wife-beating sack of spongy penis meat"? Is this

how people talk to each other? Is this to be the acceptable norm in society?

Or is somebody, somewhere, going to enforce civility on those who seem to

lack the ability to moderate their own behavior from behind assumed

anonymity. As SCHMALFELDT has demonstrated, just because a person is

anonymous today, a skilled investigator with years of experience, motivated

by stopping the hatred being displayed by certain elements of the

blogosphere, and patience, will eventually find out who you are.

33.    Grady's mocking of SCHMALFELDT'S struggle with

Parkinson's and the sneering contempt displayed by GRADY over Mrs.

Schmalfeldt's fatal condition moves SCHMALFELDT to contemplate

taking matters into his own hand. But then he would be the one in jail and GRADY would continue with his filthy lies.

34.    These quotes are from GRADY's blog, dated April 22, 2015.

**How's the "beloved?"  Been spending a lot of quality time with her, hmm?**

**You?  Sad and miserable?  Who would ever have thought that?**

**And why would you so "gladly oblige him?"  Why would you not, as you have said, be devoting yourself to "time with Gail is the most important thing to me, now more than ever?"**

**Oh, wait, now I remember.  Because you are a lying monkey vulva who hates John Hoge more than you love your own dying wife!**

**I suppose it shouldn't come to that, but how else are you going to prove to the intrepid internet reporters who write for money (totally unsubtle hint to the Zombie Horde!) when they come asking tenacious questions about why you felt the need to punch your dying wife so hard that it causes that sort of disfigurement?  By the way, you have until close of business Eastern Time today to prove me wrong or you will force me to go**

**ahead with my quite reasonable assumption that you beat the crap out of your wife because she left the mayonnaise jar open on the kitchen counter again, and that the last time she did it is the reason behind that lovely wandering eye.**

**http://thinkingmanszombie.com/2015/04/22/good-morning-dumbfuck-5/**

SCHMALFELDT'S wife was born with a left eye that is slightly off axis medially. Common sense dictates that any man who loves his spouse is going to be moved to nearly violent anger by such expressions concerning his loved one whose days are numbered.

35.    From the same post:

**UPDATE – I notice that wife-beating sack of spongy penis meat missed his deadline this afternoon, making him, by his own stated standard of "evidence," an admitted and confirmed domestic abuser.  Who am I to argue with the Pro Tips and dirty tricks of the American Society of Professional Journalists?  Their legendary Code of Ethics stands as a beacon of Truth, Justice and Fairness; a set of ethical precepts I would follow as closely as he**

31

**did, if only I were real boy and not a top hat wearing cricket with**

**a journalism degree from the Cracker Jack Box School of**

**Pretentious, Fact-Deficient Crypto-Fabulism.**

36.     On the same day his hero, William John Joseph Hoge III lost in his attempt to have me convicted for violating his peace order, February 16, 2015, GRADY wrote the following:

**ON THE BRIGHT SIDE:**

**Am I a high school loser, never made it with the ladies?**

**Do my kids hate me?**

**Is my wife a dying truck stop dolly?**

**Do I live on a meager pension and disability?**

**Am I a wannabe never was good enough to be washed-up radio host?**

**Have I so thoroughly trashed my reputation over the past ten years that I couldn't make a defamation suit stick to a refrigerator with an electromagnet?**

**Do I live in in a recyclable box?**

**Has the FUN mine run dry?**

**No. No. No. No. No, no, no, and oh, my heavens NOOOOO!**

**http://thinkingmanszombie.com/2015/04/16/on-the-bright-side/**

## PUNITIVE DAMAGES

37.   GRADY's actions demonstrate an almost gleeful lack of regard

for SCHMALFELDT's health or that of his wife. GRADY is certainly aware

of the effect stress has on the progression of Parkinson's disease, and the

emotional strain of seeing a perfect stranger mock his dying wife is ore than

SCHMALFELDT can stand.  This unbelievable malice toward an

acknowledged handicapped person and his dying wife, the perverse

gratification of causing this pain and suffering GRADY exhibits, the

malicious, ill-will, vengeance, spite and deliberate attempts to harm

SCHMALFELDT, some demonstrated in this complaint, others to be

evidenced by exhibits during trial display an almost inhuman rage, all set off

by SCHMALFELDT following through on a promise to embarrass

anonymous, unsolicited "spam troll" commenters. Accordingly,

SCHMALFELDT will request an award for damages beyond and in excess

of those damages necessary to compensate SCHMALFELDT for injuries caused by GRADY's obsessive attacks. No amount of money will compensate SCHMALFELDT for what GRADY put him and his wife through. SCHMALFELDT hopes for a large enough award to discourage other would-be attack trolls from engaging in this sort of heinous behavior.

## PRAYER FOR RELIEF

**WHEREFORE,** SCHMALFELDT requests the following relief:

- Punitive damages as deemed appropriate by a jury to hold GRADY responsible for his reckless, disturbing and bizarre behavior and to prevent further occurrences;

- Compensatory damages and consequential damages in an amount exceeding $75,000;

- An order enjoining GRADY from engaging in further harassment of SCHMALFELDT;

- A referral by this court to the FBI, the US Attorney and the US Postal Inspector's Service asking for an expedited investigation into crimes committed by GRADY that cannot be addressed in this Court, such as (1) forgery for creating a false document and forging SCHMALFELDT's signature on a letter, sending it to a

co-conspirator in Germantown, MD, who then mailed it to WJJ

Hoge III of Westminster, MD to make it appear as if I had violated

a no contact order; (2) Using the US Mail to perpetrate this fraud,

(3) obstruction of justice for being involved in the scheme to

provide false evidence to the Carroll County Circuit Court, (4)

tampering with, falsifying or creating evidence to be used in a

court of law against SCHMALFELDT, and (5) other such crimes

that cannot be remedied in a civil lawsuit but must be first

investigated by law enforcement before charges can be brought,

- An order requiring GRADY to remove his Thinking Man's

  Zombie blog from the internet and to refrain from blogging until

  successful completion of a court ordered anger management class;

- For equitable relief as appropriate pursuant to applicable law,

  including but not limited to issuance of a Peace Order or

  Temporary Restraining Order to ensure GRADY does not retaliate

  against SCHMALFELDT for bringing this action;

- Costs and fees incurred in the prosecution of this action; and

- Any further relief as the Jury may deem just and appropriate.

35

## JURY DEMAND

SCHMALFELDT hereby demands a jury trial of all issues in this action triable as of right by a jury.

Dated this 27th day of April, 2015      Respectfully Submitted

William M. Schmalfeldt, Sr,
6636 Washington Blvd. Lot 71
Elkridge, MD 21075
(410) 206-9637
E-mail: bschmalfeldt@comcast.net

36