# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (Northern Division)

WILLIAM M. SCHMALFELDT, SR
    Plaintiff

v.                              Case No.

PATRICK G. GRADY
    Defendant

## EXHIBITS

A-Evidence establishing Patrick Grady and Paul Krendler are one and the same.
B-Images posted on Grady's blog suggesting Schmalfeldt kill himself.
C-Images posted on Grady's blog indicating harm to Mrs. Schmalfeldt.
D-Website created by Grady, "Everybody Draw Bill Schmalfeldt Day"
E-A post from Grady's secret blog where he unleashes his full hatred on Schmalfeldt
F-Various posts from Grady's secret blog asking readers to send info on Schmalfeldt