IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM M. SCHMALFELDT, SR. | * | |
| Plaintiff | * | |
| v | * | Civil Action No. RDB-15-1241 |
| PATRICK G. GRADY, a/k/a Paul Krendler | * | |
| | * | |
| Defendant | | |
| | *** | |

# O R D E R

The above-captioned self-represented Complaint was filed together with a Motion for Leave to Proceed in Forma Pauperis, which shall be granted.

In light of Plaintiff's indigence, the United States Marshal shall effect service of process on Defendant. *See* Fed. R. Civ. P. 4(c)(2). However, it does not appear that Plaintiff has furnished a U.S. Marshal service of process form for the named Defendant. Until Plaintiff cures this problem, service shall not be issued. The Clerk shall be directed to mail a copy of the Marshal form to Plaintiff, who must complete and return the form to the Clerk within twenty-one (21) days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice of Plaintiff's Complaint. Once the forms are received, the Clerk and the U.S. Marshal are directed to take all necessary steps to effectuate service of process.

Accordingly, it is this 5th day of May, 2015, by the United States District Court for the District of Maryland, hereby ORDERED that:

   1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF 2) IS GRANTED;

2. The Clerk SHALL MAIL a copy of this Order and one copy of the U.S. Marshal service of process form to Plaintiff;

3. Plaintiff IS GRANTED TWENTY-ONE (21) days from the date of this Order in which to complete the Marshal form and return it to the Clerk and to provide a service copy of the Complaint as set forth herein. Plaintiff is cautioned that the failure to return the completed U.S. Marshal form in a timely manner may result in the dismissal of this case without prejudice and without further notice from the Court;

4. Upon receipt of the U.S. Marshal form, the Clerk SHALL ISSUE Summons and forward same together with the Complaint, the U.S. Marshal forms, and a **COPY OF THIS ORDER** to the U.S. Marshal; and

5. The U.S. Marshal IS DIRECTED to effectuate service of process on Defendant at the address provided by Plaintiff.  If the U.S. Marshal uses U.S. Postal Service delivery to effect service on Defendant, it shall do so by **RESTRICTED DELIVERY, CERTIFIED MAIL**.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　RICHARD D. BENNETT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE