**U.S. Department of Justice**
United States Marshals Service

U.S. MARSHAL
BALTIMORE, MD

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF William M. Schmalfeldt 2015 MAY 12 AM 2:57 | COURT CASE NUMBER RDB-15-PWG 1242 |
|---|---|
| DEFENDANT Patrick G. Grady | TYPE OF PROCESS CLERK'S OFFICE |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
1103 Chesapeake CT., Palatine, IL 60074
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William M. Schmalfeldt
6636 Washington Blvd. #71
Elkridge, MD 21075

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                        Fold

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Pro Se
TELEPHONE NUMBER: 410-206-9637
DATE: 5/11/2015

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 037 | District to Serve No. 037 | Signature of Authorized USMS Deputy or Clerk Jocelyn S. Ruby | Date 06/03/2015 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 05/20/2015   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Jocelyn S. Ruby

| Service Fee $8.00 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: served via certified mail return receipt restricted delivery # 7014 2120 0000 8092 8125
Service was accepted on 05/20/2015

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Patrick G. Grady
    1103 Chesapeake Ct.
    Palatine, IL 60074

RDB-15-1241

2. Article Number (Transfer from service label): 7014 2120 0000 8092 8125

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 5-20-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: PALATINE MAY 20 2015 USPS]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, August 2001          Domestic Return Receipt          2ACPRI-03-Z-0985

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Total Postage &

Sent To

Street & Apt. No., or PO Box No.

City, State, ZIP+4

– Patrick G. Grady
1103 Chesapeake Ct.
Palatine, IL 60074

7014 2120 0000 8092 8122

PS Form 3800, July 2014       See Reverse for Instructions