IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| William M. Schmalfeldt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: No. 1:15-cv-01241-RDB |
| ) | |
| Patrick G. Grady, ) | |
| ) | |
| Defendant ) | |

## ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Hon. Richard D. Bennett

Having considered Defendant Patrick G. Grady's Motion to Dismiss for Lack of Personal Jurisdiction ("the Motion"), the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the Motion by defendant for dismissal of the complaint, pursuant to Federal Rule of civil Procedure 12(B)(2) is **GRANTED** as follows:

(1) Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

(2) The Clerk of the Court is instructed to **CLOSE** the case.

(3) All pending motions not otherwise ruled upon are **DENIED AS MOOT.**

**DONE AND ORDERED** this _____ th day of _____, 2015.

_____
**RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE**