# EXHIBIT B – Amateur Forensic Evidence of "Krendler's" Address

From: brainsrfood@gmail.com
Subject: World Book & E-book rights sale
Date: 30 April, 2014 at 04:18
To: himself@wjjhoge.com

Matching the Font
and size of a
random word in
the message

Dear Mr. Hoge,

Per our discussion, let this email serve as a written agreement between us to assign the world book and ebook rights to the blog post located at http://thinkingmanszombie.wordpress.com/2014/04/23/we-can-write-whatever-we-want-right/. In exchange, you will pay me the sum of five (5) dollars USD.

Payment can be made in the form of cash or personal check made out to "Cash" in the agreed upon amount, and can be mailed to:

mailed

The Man of the House
███████████

Also, let it be explicitly understood between us that all other rights, real or implied, are retained by me.

With thanks and best regards,

Paul Krendler

Sent from Windows Mail

From: brainsrfood@gmail.com
Subject: World Book & E-book rights sale
Date: 30 April, 2014 at 04:18
To: himself@wjjhoge.com

Matching the Font
and size of a
random word in
the message

Dear Mr. Hoge,

Per our discussion, let this email serve as a written agreement between us to assign the world book and ebook rights to the blog post located at http://thinkingmanszombie.wordpress.com/2014/04/23/we-can-write-whatever-we-want-right/. In exchange, you will pay me the sum of five (5) dollars USD.

Payment can be made in the form of cash or personal check made out to "Cash" in the agreed upon amount, and can be mailed to:

The Man of the House
███████████

Also, let it be explicitly understood between us that all other rights, real or implied, are retained by me.

With thanks and best regards,

Paul Krendler

Sent from Windows Mail

**EXHIBIT B – Amateur Forensic Evidence of "Krendler's" Address**

From: brainsrfood@gmail.com
Subject: World Book & E-book rights sale
Date: 30 April, 2014 at 04:18
To: himself@wjjhoge.com

Putting Patrick Grady's home address
in the same font and size as the
accompanying message into
the redacted section,

Dear Mr. Hoge,

Per our discussion, let this email serve as a written agreement between us to assign the world book and ebook rights to the blog post located at http://thinkingmanszombie.wordpress.com/2014/04/23/we-can-write-whatever-we-want-right/. In exchange, you will pay me the sum of five (5) dollars USD.

Payment can be made in the form of cash or personal check made out to "Cash" in the agreed upon amount, and can be mailed to:

Notice the small bits of
unredacted letters at
the bottom of the redacted area

The Man of the House
████████████

Also, let it be explicitly understood between us that all other rights, real or implied, are retained by me.

With thanks and best regards,

Paul Krendler

Sent from Windows Mail

---

From: brainsrfood@gmail.com
Subject: World Book & E-book rights sale
Date: 30 April, 2014 at 04:18
To: himself@wjjhoge.com

Putting Patrick Grady's home address
in the same font and size as the
accompanying message into
the redacted section,

Dear Mr. Hoge,

Per our discussion, let this email serve as a written agreement between us to assign the world book and ebook rights to the blog post located at http://thinkingmanszombie.wordpress.com/2014/04/23/we-can-write-whatever-we-want-right/. In exchange, you will pay me the sum of five (5) dollars USD.

Payment can be made in the form of cash or personal check made out to "Cash" in the agreed upon amount, and can be mailed to:

Notice the small bits of
unredacted letters at
the bottom of the redacted area

The Man of the House
1103 Chesapeake Ct.
Palatine, IL 60074

Also, let it be explicitly understood between us that all other rights, real or implied, are retained by me.

With thanks and best regards,

Paul Krendler

Sent from Windows Mail