EXHIBIT C – ORIGINAL "JOKE" AS WRITTEN BY AARON WALKER


**Lee Stranahan** @stranahan · 12 Nov 2013
Remember remember the 12th of November. Oh the joy that we all felt when they locked up Bill Schmalfeldt! @rsmccain @AaronWorthing @wjjhoge

6    4


**Aaron Worthing** @AaronWorthing · 12 Nov 2013
Looks like he will be arrested tomorrow. And you know what that is? THE IDES OF NOVEMBER!!! @Stranahan @rsmccain @wjjhoge cc @Patterico

2    1


**Lee Stranahan**                              ☼   +👤 Follow
@stranahan

# He should be a man and turn himself in tonight. @AaronWorthing @rsmccain @wjjhoge @Patterico

↺    ↔    ☆    +👤    •••

RETWEETS
2    

9:18 PM - 12 Nov 2013

 Reply to @stranahan @AaronWorthing @rsmccain @wjjhoge @Patterico


**Aaron Worthing** @AaronWorthing · 12 Nov 2013
To be fair, does Ho. Co. Police have a forklift available? They might not b able to accommodate him @Stranahan @rsmccain @wjjhoge @Patterico

↺    ↔ 1    ☆ 1    +👤    •••