June 11, 2015

Clerk of the US District Court for the District of Maryland
Northern Division
101 W. Lombard St.
Baltimore, MD 21201

RE: Case #1:15-cv-012410-RDB

Dear Clerk of Courts:

Please find enclosed pro-se plaintiff's response to pro-se defendant Patrick G. Grady's motion to dismiss for lack of personal jurisdiction.

The Plaintiff asks for a hearing on the matter at the earliest possible date.

Sincerely,

William M. Schmalfeldt, Sr.
6636 Washington Blvd. #71
Elkridge, MD 21075
410-206-9637
bschmalfeldt@comcast.net