FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN 24 AM 9:53

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| William M. Schmalfeldt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: No. 1:15-cv-01241-RDB |
| ) | |
| Patrick G. Grady, ) | |
| ) | |
| Defendant ) | |

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 25 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE

NOW COMES Defendant Patrick G. Grady for the purpose of filing this motion for a brief extension of time to file a Reply to "Plaintiff's Reply to Def[e]ndant's Motion to Dismiss without waiving any rights of jurisdiction, notice, process, service of process, or venue. In support of this motion he states the following:

### BACKGROUND

1. On June 9, 2015, Mr. Grady filed a Motion to Dismiss For Lack of Personal Jurisdiction in the instant case.

2. On June 15, 2015, Plaintiff William M. Schmalfeldt filed a Response to the Motion to Dismiss.

3. On June 11, 2015, Plaintiff claimed he had served his Response on Mr. Grady.

4. According to the Federal Rules of Civil Procedure and local rules, a reply to that Response is due no later than June 29, 2015.

5. On February 23, 2015, Plaintiff William M. Schmalfeldt filed suit against two real persons, WJJ Hoge III and Eric P. Johnson, and one or two other anonymous persons writing as

- 1 -

Request **GRANTED** this 24th Day of June, 2015.

_____
Richard D. Bennett
United States District Judge