# INCORPORATING THE EXHIBITS FROM THE ORIGINAL COMPLAINT

## EXHIBITS

A-Evidence establishing Patrick Grady and Paul Krendler are one and the same.
B-Images posted on Grady's blog suggesting Schmalfeldt kill himself.
C-Images posted on Grady's blog indicating harm to Mrs. Schmalfeldt.
D-Website created by Grady, "Everybody Draw Bill Schmalfeldt Day"
E-A post from Grady's secret blog where he unleashes his full hatred on Schmalfeldt
F-Various posts from Grady's secret blog asking readers to send info on Schmalfeldt