# EXHIBIT G



**agiledog** on **28 February, 2015 at 04:45** said:

👍 12 👎 0  🛈 Rate This

The only thing Bill doesn't suck at is being an asshole.

Reply ↓

> Perry Mason
> on **28 February, 2015 at 07:38** said:
>
> 👍 11 👎 0  🛈 Rate This
>
> Well, to be honest, he does have a lot of practice at that.
>
> Reply ↓



*agiledog*                                          **June 30, 2015 at 6:43 am**

👍 2 👎 0  🛈 Rate This

"I love podcasting more than Gail"? He readily admits it? What an eater of bags of dick.

⭐ Like

**Reply**

PLAINTIFF NEVER SAID ANY SUCH THING.

*agiledog*                                          **June 29, 2015 at 11:04 pm**

👍 4 👎 0  🛈 Rate This

Bill Schmalfeldt is a big, fat, bald pussy. If he weren't so old, TK would probably take a sexual interest in him.

⭐ Like



**agiledog**
May 27, 2015 at 7:43 am

At this point, the only thing he has a right to is a LONG dirt nap. I'd like to see him exercise that right.

★ Liked by 1 person



**agiledog**
June 19, 2015 at 4:37 pm

I feel a small amount of satisfaction that Bill continues to prove he is such vile scum. But this is overcome by my disgust at his lies, contradictions, and evasions.

The world will be a better place when Bill Schmalfeldt leaves it.



*agiledog*                                                    **March 19, 2015 at 10:07 am**

👍 9 👎 0 ❶ Rate This

The Rectal Mouthpiece just won't accept that, in fact, his every visit here, every F5 hit, every cut and paste of this site, is in fact him stalking us.

Bildo: you actually have to make a intentional effort to see things on this site, where it is clear you are not welcome (being banned from commenting is a blatant sign everywhere else on the web). Since YOU have to perform an act, the responsibility lies with you.

★ Like
**Reply**