# EXHIBIT H
# Images of my late wife, used as avatars by ▓▓▓▓▓▓▓▓▓▓▓▓▓ "Grace"





My name is William M. Schmalfeldt, Sr. I live in Elkridge, MD. I have been subjected to death threats by Jeanette Runyon, Lexington, NC 27295.

People who think they are anonymous on the Internet are fools. This is why I always use my actual name. Ms. Runyon has quite a history as you will see by checking her record. She is a follower of a group of right wing extremists on the Internet, headed by William John Joseph Hoge III in Westminster, MD and Patrick G. Grady of Palatine, IL.

1. After WJJ Hoge lost a recent court battle with me, Ms. Runyon — using her screen name "Grace" — suggested that I would have to die to end my alleged harassment of Mr. Hoge.



Grace
on 25 June, 2015 at 12:20 said:

18  1  Rate This

I've said it for the longest time now... the Deranged Cyberstalker Bill Schmalfeldt will NEVER cease harassing and abusing our Gentle Host and his family until such time as: (1) He is legally restrained from doing so (i.e., jail and/or booted off the 'net); or, (2) He's dead.

It appears as if yet another Maryland judge is proving it most likely will have to come down to number two as the Stalking Sociopath Bill Schmalfeldt will never stop doing so on his own.

"SMFH"

This is at least the second time this person has publicly suggested I should be killed. Seeing this, I took it upon myself to ascertain her actual identity. It wasn't difficult. She has a Twitter handle of @asideofbacon. Before that, to was @GraceGilbert51. Ms. Runyon is locked in a legal battle with her estranged sister, Ondrea Tye of Monrovia, CA. Ms. Tye noted her sister's change of handles on her own Twitter feed, a change that Ms. Runyon acknowledged. I apologize for the rude language in this screen cap, but you know how estranged sisters can be.



cunt_modus @CheapHoar Sep 11
yes, yes i bet he is oh so proud of you. such a fine example of an all loving Christian.
@asideofbacon @ScotsCrotchFyre @CrapSlapper

GodGraceNGuns @asideofbacon Sep 11
He is very proud of me. Loves me immensely, as well. Y'all crack me up with the Christian stuff. @CheapHoar @ScotsCrotchFyre @CrapSlapper

cunt_modus @CheapHoar Sep 11
yes it cracks me up. GOD. GRACE. AND GUNS. WHAT A POWERFUL NAME.
@asideofbacon @ScotsCrotchFyre @CrapSlapper

6:50 PM - 11 Sep 2014 · Details



("Doxxing is the act of putting personal information about people on the Internet)

The image is the same was one of the above images created by Ms. Runyon.

It was accompanied by this.



**Grace**
on **25 June, 2015 at 12:20** said:

👍 18  👎 1  ⓘ Rate This

I've said it for the longest time now… the Deranged Cyberstalker Bill Schmalfeldt will NEVER cease harassing and abusing our Gentle Host and his family until such time as: (1) He is legally restrained from doing so (i.e., jail and/or booted off the 'net); or, (2) He's dead.

It appears as if yet another Maryland judge is proving it most likely will have to come down to number two as the Stalking Sociopath Bill Schmalfeldt will never stop doing so on his own.

*SMFH*








Outright libel and defamation there. From the mouths of rightwing extremists that float around social media with no purpose but to rewrite stories on their blogs and harass, stalk, and defame. Robert Stacy McCain is a sick bastard that has severe hatred of women. @GraceGabriel51 is Jeanette Runyon on another account, and then this Vern Demerest @txav8tr out right defames me by calling me a "homosexual pedophile"?

<2121>
</2121>

