## EXHIBIT I







**BILLY SEZ:**

"George M. Howell of Germantown, MD, has been a very, VERY bad boy."

*Twitter, June 26, 2015*





