# EXHIBIT J

Uhh, Bill... is that coffee from *that new smaller coffeepot?*

If we had a coffeepot we had bought the day our spouse died, it would be in the trash, because drinking coffee made in it would be emotional poison. Get a soul, Bill. You'd at least move the credibility meter *a little*.

# Bill Schmalfeldt: Do we know him? (part two)

So, picking up from yesterday, it is judicially established that Bill Schmalfeldt is an online harasser of people. End of story, Bill. In fact, when we started writing this post he was online on Twitter busily harassing a commenter on this and several other blogs: gmhowell.

Then Billy Sez will just have to continue pointing out Bill's dumbfuckery and how utterly idiotic he is, using his own words, and make a mockery of it. Because Bill Schmalfeldt cannot handle being pointed at and laughed at.

We only went too far because we didn't roll over and say "Oh my God! You got us Bill! Please, please, please tell us what we have to do to make you not do bad, wicked, evil things to me!" Instead we fight back, and that's what he cannot abide.

And to get us in the mood…

