# EXHIBIT K



**Roy Schmalfeldt**
July 1, 2015 at 8:51 pm

Bullshit, you supperating hemoroid of a sad excuse for a sack of shit.

You raped someone I loved, and for that, you are going to hell.



*Roy Schmalfeldt*     December 12, 2014 at 1:17 am

👍 12  👎 0  ⓘ Rate This

FUN!

What he doesn't understand is that government officials receive tons of such "evidence" from …unbalanced… individuals like Cousin Bill.

It's obviously from a crank, so it'll be immediately shitcanned, or, if particularly outré, pinned to the bulletin board in the break room for laughs.

YUP, FUN!

★ Like

Reply



**Howard D. Earl (@embryriddlealum)**          September 29, 2014 at 4:06 pm

👍 2  👎 0  ⓘ Rate This

"...cuts her head right above the right eyebrow."

So, Sir QuakesAlot is a southpaw.

⭐ Like

Reply

---

**Howard D. Earl (@embryriddlealum)**          November 7, 2014 at 9:49 am

👍 6  👎 0  ⓘ Rate This

Someone wants the Sea Hag to get socked.

⭐ Like

Reply

---

**Howard D. Earl (@embryriddlealum)**          November 7, 2014 at 6:01 pm

👍 7  👎 0  ⓘ Rate This

Shakey in the klink.
Prison bitch with dance card full
Shank Shank Shank Shank Shank

⭐ Like

Reply

**Howard D. Earl (@embryriddlealum)**          November 8, 2014 at 2:36 pm

👍 3  👎 0  ⓘ Rate This

Irish Sunglasses
Children that have no respect
Take The Cure, Shakey

⭐ Like

PICTURES POSTED ON GRADY's BLOG INDICATING HARM TO MRS. SCHMALFELDT





"Howard Earl will suffer triple what he has caused me."

Really, Shakey? Suffer?

You are a weeping cunt, Schmalfeldt.

Make it a twofer, would ya?

Published the day before my wife died. The avatar is a catalog photo of the urn I've chosen for Gail's ashes.