# EXHIBIT L

## IMAGES POSTED ON GRADY'S BLOG SUGGESTING THAT SCHMALFELDT TAKE HIS OWN LIFE



PICTURES POSTED ON GRADY's BLOG INDICATING HARM TO MRS. SCHMALFELDT





"Howard Earl will suffer triple what he has caused me."

Really, Shakey? Suffer?

You are a weeping cunt, Schmalfeldt.

Make it a twofer, would ya?

★ Liked by you and 4 other people

Published the day before my wife died. The avatar is a catalog photo of the urn I've chosen for Gail's ashes.



**Howard D. Earl (@embryriddlealum)** — September 29, 2014 at 4:06 pm

👍 2  👎 0   Rate This

"...cuts her head right above the right eyebrow."

So, Sir QuakesAlot is a southpaw.

★ Like

Reply

**Howard D. Earl (@embryriddlealum)** — November 7, 2014 at 9:49 am

👍 6  👎 0   Rate This

Someone wants the Sea Hag to get socked.

★ Like

Reply

**Howard D. Earl (@embryriddlealum)** — November 7, 2014 at 6:01 pm

👍 7  👎 0   Rate This

Shakey in the klink.
Prison bitch with dance card full
Shank Shank Shank Shank Shank

★ Like

Reply

**Howard D. Earl (@embryriddlealum)** — November 8, 2014 at 2:36 pm

👍 3  👎 0   Rate This

Irish Sunglasses
Children that have no respect
Take The Cure, Shakey

★ Like