IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| William M. Schmalfeldt, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: No. 1:15-cv-01241-RDB |
| | ) | |
| Patrick G. Grady, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT AND DISMISS FOR LACK OF PERSONAL JURISDICTION

Hon. Richard D. Bennett

Having considered Defendant Patrick G. Grady's Motion to Strike Plaintiff's Amended Complaint, ("the Motion"), all other argument, and the entire record in this case, it is hereby ORDERED that the Motion by defendant, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 15(a) is **GRANTED** as follows:

(1)     Plaintiff's Amended Complaint is **STRICKEN** as futile.

(2)     Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

(3)     The Clerk of the Court is instructed to **CLOSE** the case.

(4)     All pending motions not otherwise ruled upon are **DENIED AS MOOT.**

**DONE AND ORDERED** this _____th day of _____, 2015.

_____
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**