# LIST OF EXHIBITS

| | |
|---|---|
| EXHIBIT "A" | ORDER, Civil Action RDB-15-315, 2/18/15 |
| EXHIBIT "B" | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, Civil Action RDB-15-315, 2/2/15 |
| EXHIBIT "C" | Screen captures from the Internet re Plaintiff's threats to join people in current litigation |
| EXHIBIT "D" | Screen captures from the Internet re Plaintiff being paid life insurance proceeds based on the death of his spouse |
| EXHIBIT "E" | Informal transcription of Plaintiff's July 6, 2015, podcast stating intention to sell his vehicle |
| EXHIBIT :F" | Screen capture from the Internet re Plaintiff's intention to use proceeds from selling vehicle to pay attorney |
| EXHIBIT "G" | Informal transcription of Plaintiff's July 6, 2015, podcast re Plaintiff's intention to use proceeds from selling vehicle to pay attorney |
| EXHIBIT "H" | Screen captures from the Internet re Plaintiff's rejoinders to persons who commented on the death of Plaintiff's spouse |
| EXHIBIT "I" | Screen capture from the Internet where Plaintiff notes the death of his spouse |
| EXHIBIT "J" | Screen capture from the Internet where Plaintiff notes his stepson pays rent and other expenses |
| EXHIBIT "K" | Informal transcription of Plaintiff's July 6, 2015, podcast where Plaintiff notes his stepson paying one-half the rent and other household expenses |