**Liberal Grouch** @Grouchcast365  9h
Now, if you feel that strongly in support of Hoge, Grady/Krendler,
Ashterah Sparkle Pony and Edgren's defamation of me? Here's a
suggestion.

↩  ⇄  ☆  •••

 **Liberal Grouch** @Grouchcast365  9h
Give me your full name and address. I will join you as a defendant to
the suit, and you can show your support in a tangible manner. #cowards

↩  ⇄  ☆  •••          **EXHIBIT C-1**

 **Liberal Grouch** @Grouchcast365  Jul 1
Give Me Roy, OR EVERYONE GOES patriotombudsman.com/2015/07
/02/eit...

↩  ⇄  ☆  •••          View summary
                      **EXHIBIT C-2**

---

 **Bill Schmalfeldt**
July 1, 2015 at 10:54 pm   ✏ Edit

Fuck you. I have never raped anyone. This had better be cleared
up quickly or I am suing everyone.

★ Like                    **EXHIBIT C-3**

---

 **Liberal Grouch** @Grouchcast365  22h
If you want in on the fun, Jane, all you have to do is ask.

↩  ⇄  ☆  •••          **EXHIBIT C-4**

---

 **Bill Schmalfeldt**
July 7, 2015 at 9:58 am   ✏ Edit

Nobody's threatening you, Nancy. Merely stating a fact. If you want in
on the lawsuit, just say so and I can accommodate you. Otherwise,
please limit your yapping about things you don't fully understand.
There's a good girl.

★ Like                    **EXHIBIT C-5**

**EXHIBIT "C" 1 OF 4**



EXHIBIT C-6-1



**Roy Schmalfeldt**
July 1, 2015 at 8:51 pm

Bullshit, you supperating hemoroid of a sad excuse for a sack of shit.

You raped someone I loved, and for that, you are going to hell.

**Roy Schmalfeldt**
:51 pm

ng hemoroid of a sad excuse for a sack of

oved, and for that, you are going to hell.

*These are the people who LIKED the rape allegation.*

It is difficult for me to think of a more heinous, false accusation than rape. And I am not going to sit still for this. I want to know who Roy Schmalfeldt is. I will pay a cash reward to whoever gives him to me if the info pans out. I want to know who he says I raped. I have never raped a soul. In fact, all my life I've been sexually shy. In my dating days, I would never even try to make a move until the girl made it very clear she was inclined to go that way. I am not a rapist, and Roy Schmalfeldt is going to pay for that remark.

At the head of this page, you see the front page of the document I will file with the Federal Court tomorrow. Now is the time to choose, klownkleeners. You want some of this? If you promulgate this lie, you will be added to the list. If you give me Roy Schmalfeldt, I guarantee your safety.

This is above and beyond anything anyone has done to me. I feel sick that I even have to write the words, "I am not a rapist."

Think carefully. Act carefully.

Give me Roy's name and address and consider yourself immune.

Share this:



Tags: breaking, featured, headline, top

**EXHIBIT C-6-2**

---

**Bill Schmalfeldt**
July 7, 2015 at 10:13 am   ✎ Edit

Once for free. Further amendments must be allowed by the court. I can add defendants at any time.

★ Like

REPLY

**EXHIBIT C-7**

# EXHIBIT "C" 3 OF 4



**Bill Schmalfeldt**

July 7, 2015 at 9:42 am   ✏ Edit

Nancy, please recall I know your address. It is only because I con-
sider you a dimwit that you have not been served and joined to
this lawsuit. Do not assume my kind attitude toward you will con-
tinue forever.

★ Like

**EXHIBIT C-8**



**Grouchcast**   ⚙ Blocked
Grouch365

Grace's avatar is supposed to be a photo
of my car. But she's not a stalker. Not
GRACE!!! (See you in court, honey!)

3 48 PM - 9 Jul 2015

**EXHIBIT C-9**



**Audio Oddities** AudioOddities Jun 16
Just a quick note, then back to my wife. If the Federal judge rules in my
favor on Grady's motion, I am going to add a few co-defendants.

**EXHIBIT C-10**

**EXHIBIT "C" 4 OF 4**