

**Liberal Grouch** @Grouchcast365 1m
Not using the insurance money, Grady. Selling my car, using THAT money. You better lawyer up, too.

↩ ↻ ★ •••       **EXHIBIT F**

**EXHIBIT "F" 1 OF 1**