

**Bill Schmalfeldt**
July 1, 2015 at 8:27 pm   ✎ Edit

Shut your fucking yap before someone slaps it to the back of your head, punk.

*That sounds pretty angry, Bill. Can we have Rational Bill back, please? -the Staff*

*Notice number one to you Bill. You don't get to tell my posters what to do. – TDPZ*

★ Liked by 1 person

**EXHIBIT H-1**

---

  HOOOOOOOGE!!!!! @weltschmerz2015 · 2h
And leave my wife out of it. The next reference to my wife means that Hoge's wife is in play. Clear?

**EXHIBIT H-2**

---



**Bill Schmalfeldt**
June 19, 2015 at 10:05 pm   ✎ Edit

She specifically told me — no obituary. I should go against her wishes to make YOU happy? She wanted other Scleroderma sufferers to see what she was going through. Why did you read it if you were so disgusted? Did I come to your mud hut and FORCE you to read it.

The repugnant sack of shit is you, Pabs. I've been getting messages from all over the country from kidney failure and scleroderma sufferers thanking me for writing frankly about her end days.

You have a right to fear death. Your death is going to be excruciating, intestines filled with pus. Bleeding boils. Gail went peacefully, just like she wanted.

So... whose guidance should I take in these matters? The woman who has loved me faithfully for 27 years or some anonymous fuck with a filthy hat stuck to his fat head?

★ Like

**EXHIBIT H-3**

**EXHIBIT "H" 1 OF 1**