**The Liberal Grouch** @liberalgrouchcd  18m
@asideofbacon @antvq16 you mean the one with a great job, who pays rent and helps me and his mom? That one, troll?  **EXHIBIT J**

**EXHIBIT "J" 1 OF 1**