# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PATRICK G. GRADY, et al, ) | |
| ) | |
| Defendants. ) | Civil Action No. 1:15-cv-01241 RDB |
| ) | |

## CERTIFICATE OF SERVICE

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and by my signature affixed to this document below hereby certifies that, on the 13th day of July, 2015, I served true and correct copies of my objection and motion re the amended complaint and summonses with Exhibits A-K attached, my special entry of appearance, and this certificate of service filed with this court on Plaintiff to his residence address at 6636 Washington Blvd., Lot 71, Elkridge, MD 21705 by personally placing same in the First Class mail of the United States Postal Service with proper postage affixed.

DATED at Wasilla, Alaska this 11th day of July, 2015.

                                            David R. Edgren, *pro per*
                                            1150 S. Grantham Rd.
                                            Wasilla, Alaska  99654
                                            (907) 355-5697
                                            davidredgren@gmail.com