FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 13 AM 10: 11

CLERK'S OFFICE
AT GREENBELT

BY ___(3U)___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PATRICK G. GRADY, et al, ) | |
| ) | |
| Defendants. ) | Civil Action No. 1:15-cv-01241 RDB |
| ) | |

## SPECIAL ENTRY OF APPEARANCE

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case, and appears specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, for the purpose of objecting to the court's acceptance of Plaintiff's amended complaint filed in this action on July 2, 2015 (hereinafter, the "Amended Complaint") at ECF 13 and 14, and moving to strike the Amended Complaint and to rescind the summonses, including the summons to me, that were issued as a result of the acceptance of the Amended Complaint. The undersigned also intends, in a short time, to file a motion to seeking the termination of Plaintiff's *in forma pauperis* status, so this special entry is for that purpose as well. I appreciate the court's consideration in allowing me to participate in this manner at this time.

DATED at Wasilla, Alaska this 11th day of July, 2015.

                                     David R. Edgren, *pro per*
                                     1150 S. Grantham Rd.
                                     Wasilla, Alaska 99654
                                     (907) 355-5697
                                     davidredgren@gmail.com