## LIST OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| EXHIBIT "A" | ORDER, Civil Action RDB-15-315, 2/18/15 |
| EXHIBIT "B" | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, Civil Action RDB-15-315, 2/2/15 |
| EXHIBIT "C" | Screen capture from the Internet where Plaintiff notes the death of his spouse |
| EXHIBIT "D" | Screen capture from the Internet where Plaintiff notes his stepson pays rent and other expenses |
| EXHIBIT "E" | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, Civil Action CCB-14-1685, 5/27/14 |
| EXHIBIT "F" | Informal transcription of Plaintiff's July 6, 2015, podcast where Plaintiff notes his stepson paying one-half the rent and other household expenses |
| EXHIBIT "G" | Plaintiff's July 14, 2015, emails to me re his stepson and splitting the rent |
| EXHIBIT "H" | Screen captures from the Internet re Plaintiff's threats to join people in current litigation |
| EXHIBIT "I" | Screen captures from the Internet re Plaintiff being paid life insurance proceeds based on the death of his spouse |

| EXHIBIT | DESCRIPTION |
|---|---|
| EXHIBIT "J" | Informal transcription of Plaintiff's July 6, 2015, podcast stating intention to sell his vehicle |
| EXHIBIT "K" | Screen capture from the Internet re Plaintiff changing his position to giving his vehicle away |
| EXHIBIT "L" | Screen capture from the Internet re Plaintiff's intention to use proceeds from selling vehicle to pay attorney |
| EXHIBIT "M" | Informal transcription of Plaintiff's July 6, 2015, podcast re Plaintiff's intention to use proceeds from selling vehicle to pay attorney |
| EXHIBIT "N" | Email from "LA Talk Radio" re hourly cost of weekly podcast using its website and screen of Plaintiff's blog stating he is doing one hour weekly podcast on LA Talk Radio |