

**Audio Oddities**
@AudioOddities

Gail Maureen Rice Balcerak Schmalfeldt: August 18, 1953 - June 17, 2015 wp.me/p6ILEQ-C via @wordpressdotcom

EXHIBIT C

**EXHIBIT "C" 1 OF 1**