## TRANSCRIPTION OF A PORTION
## OF PLAINTIFF'S "THE LIBERAL GROUCHCAST" PODCAST

### MONDAY, JULY 6, 2015

**45:00** And, once again, I've given serious thought to this, and, remember when I was talking about moving? – *nah, nah, nah, shush* – Remember when I was talkin' about moving out of state and starting all over again, either in Wisconsin or Iowa? I've decided against that. I'm gonna stay right here. Gonna stay put. This is the house that Gail made for us. She made it beautiful, she made it a show place. Anyhow, from the outside, it looks like your simple white trailer, but here on the inside she's, she's, taken a lot of time, money, and effort to turn this into a very pretty little trailer and, quite frankly, why move half way across the country when I don't need to? Everything I need's right here. I got a good roommate, my stepson. I take care of the dogs during the day. Everything works out. We split the expenses right down the middle. All is well.

http://api.spreaker.com/download/episode/6317603/lg070615.mp3

**EXHIBIT "F" - 1 OF 1**