

**EXHIBIT "G" 1 OF 1**