
**Liberal Grouch** .Grouchcast365  9h
Now, if you feel that strongly in support of Hoge, Grady/Krendler, Ashterah Sparkle Pony and Edgren's defamation of me? Here's a suggestion


**Liberal Grouch**  Grouchcast365  9h
Give me your full name and address, I will join you as a defendant to the suit, and you can show your support in a tangible manner. #cowards

**EXHIBIT H-1**


**Liberal Grouch**  Grouchcast365  Jul 1
Give Me Roy, OR EVERYONE GOES patriotombudsman com/2015/07/02/eit .

**EXHIBIT H-2**


**Bill Schmalfeldt**
July 1, 2015 at 10:54 pm   ✎ Edit

Fuck you. I have never raped anyone. This had better be cleared up quickly or I am suing everyone.

★ Like

**EXHIBIT H-3**


**Liberal Grouch**  Grouchcast365  22h
If you want in on the fun, Jane, all you have to do is ask

**EXHIBIT H-4**


**Bill Schmalfeldt**
July 7, 2015 at 9:58 am   ✎ Edit

Nobody's threatening you, Nancy. Merely stating a fact. If you want in on the lawsuit, just say so and I can accommodate you. Otherwise, please limit your yapping about things you don't fully understand. There's a good girl.

★ Like

**EXHIBIT H-5**

**EXHIBIT "H" 1 OF 4**





EXHIBIT H-6-2



EXHIBIT H-7



**Bill Schmalfeldt**
July 7, 2015 at 9:42 am   ✎ Edit

Nancy, please recall I know your address. It is only because I consider you a dimwit that you have not been served and joined to this lawsuit. Do not assume my kind attitude toward you will continue forever.

★ Like

**EXHIBIT H-8**



**Grouchcast**   ✿   Blocked
Grouch365

Grace's avatar is supposed to be a photo of my car. But she's not a stalker. Not GRACE!!! (See you in court, honey!)

Grace





3:48 PM  9 Jul 2015

**EXHIBIT H-9**



**Audio Oddities**  AudioOddities  Jun 16
Just a quick note, then back to my wife. If the Federal judge rules in my favor on Grady's motion, I am going to add a few co-defendants.

**EXHIBIT H-10**

**EXHIBIT "H" 4 OF 4**