

**Grouchcast365** .Grouch365  Jul 11
@brainsrpitt Not gonna sell the car. Giving it away.

View conversation

**EXHIBIT K**