**Liberal Grouch** @Grouchcast365  1m
Not using the insurance money, Grady. Selling my car, using THAT money. You better lawyer up, too.

↩  ↻  ☆  •••                                          **EXHIBIT L**

**EXHIBIT "L" 1 OF 1**