## TRANSCRIPTION OF A PORTION
## OF PLAINTIFF'S "THE LIBERAL GROUCHCAST" PODCAST

### MONDAY, JULY 6, 2015

*4:16* It's 5:33 PM. I'm getting started much later today than I ordinarily would, because I've spent a great portion of the day on the telephone discussing my case [interrupts podcast and talks to dog]. I've been spending a great portion of the day today, discussing my case with attorneys and [interrupts podcast to talk about his deceased wife's stepson and dogs]. Anyway, what I'm gonna do here is, I'm gonna sell my car in the near future. I don't have a driver's license, so I can't use it. And, all I need, really, is the certificate of death to be delivered, and that's the government, ya know, the wheels of government grind slowly and very fine. And, once I do that, I've talked to several attorneys today, and I've decided on one that I'm gonna put on retainer. And we'll go from there.

http://api.spreaker.com/download/episode/6317603/lgc70615.mp3