

EXHIBIT "N" 1 OF 2

From: Sam - LA Talk Radio
Sent: Tuesday, July 14, 2015 8:40 PM
To:

Hi,

As a host with LA Talk Radio, you'll broadcast your show from our beautiful studios in Sherman Oaks, and be able to invite guests and take phone calls from listeners, using cutting edge equipment and sounding your best

If you're outside the LA area, we can easily set you up to broadcast from anywhere using your computer and a headset. We'll engineer your show from Los Angeles, and you'll be heard around the world

You will receive your own page on our site, where you can feature yourself and where we'll maintain your archives.

Our airtime fee is $99 per hour, with a one-time $99 setup fee, and no long-term commitment. You are welcome to bring in your own sponsors and retain the revenues.

LA Talk Radio recently introduced a new video channel, which provides our local hosts the option of featuring their radio shows in streaming HD video. The hourly cost for a videotaped show is $125.

What type of show would you like to host?

Regards,
Sam

Sam Hasson



Irreverent. Entertaining. Cool.
LA Talk Radio
"We Say What We Want"

LA Talk Radio
818-298-2040
sam@latalkradio.com

**EXHIBIT N-2**

**EXHIBIT "N" 2 OF 2**