IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| William M. Schmalfeldt, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No.: No. 1:15-cv-01241-RDB |
| Patrick G. Grady, et al. | ) ) |
| Defendants | ) ) |

**ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF
<u>PERSONAL JURISDICTION</u>**

Having considered Defendant Patrick G. Grady's Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction ("the Motion"), the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the Motion by defendant for dismissal of the complaint, pursuant to Federal Rule of civil Procedure 12(B)(2) is **GRANTED** as follows:

(1) Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

(2) Plaintiff's Original Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

**DONE AND ORDERED** this ____th day of _____, 2015.

                                                       **RICHARD D. BENNETT**
                                                       **UNITED STATES DISTRICT JUDGE**