FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 21   AM 9:48

CLERK'S OFFICE
AT GREENBELT

BY_____BU_____DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:15-cv-01241 RDB |
| ) | |
| PATRICK G. GRADY, et al, ) | |
| ) | |
| Defendants. ) | |

**SPECIAL ENTRY OF APPEARANCE**

COMES NOW Scott Hinckley, *pro per*, a named but not yet served defendant in this case, and appears specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, for the purpose of joining in and objecting to the court's acceptance of Plaintiff's amended complaint filed in this action on July 2, 2015 (hereinafter, the "Amended Complaint") at ECF 13 and 14, joining in and moving to strike the Amended Complaint and to rescind the summonses, including the summons to me, that were issued as a result of the acceptance of the Amended Complaint, joining in and moving to terminate Plaintiff's *in forma pauperis* status and dismiss this case, and moving for Plaintiff to be ordered to appear and show cause, and for the purpose of such other additional filings by me that would become necessary before service of the complaint and summons. I appreciate the court's consideration in allowing me to participate in this manner at this time.

DATED at Shirley, Massachusetts this 17th day of July, 2015.

Scott Hinckley, *pro per*
31 Lawton Road
Shirley, MA 01464
(978) 425-4427
sjhinckley@comcast.net