FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 21 AM 9:48

CLERK'S OFFICE
AT GREENBELT

BY____BU____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:15-cv-01241 RDB |
| vs. ) | |
| ) | |
| PATRICK G. GRADY, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF JOINING IN MOTIONS

COMES NOW Scott Hinckley, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and hereby gives notice to the court, Plaintiff, and all other interested parties on my joining in and adopting as if they were my own filings Defendant David R. Edgren's Objection to Acceptance by the Court of Amended Complaint and Motion to Strike Same and Rescind Summonses (ECF 17) and his Motion to Terminate Plaintiff's *in forma pauperis* Status and Dismiss with Prejudice and Motion Requesting an Order Requiring Plaintiff to Appear and Show Cause (ECF 19).

DATED at Shirley, Massachusetts this 17th day of July, 2015.

Scott Hinckley, *pro per*
31 Lawton Road
Shirley, MA 01464
(978) 425-4427
sjhinckley@comcast.net