# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PATRICK G. GRADY, et al, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:15-cv-01241 RDB |

## CERTIFICATE OF SERVICE

COMES NOW Scott Hinckley, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and by my signature affixed to this document below hereby certifies that, on the 17th day of July, 2015, I served true and correct copies of my special appearance in this case, notice to join in and adopt as if it were my own filing Defendant David Edgren's objection and Motion re Plaintiff's amended complaint (ECF 17) and his motion to terminate Plaintiff's IFP status and dismiss the case and motion for order for Plaintiff to appear and show cause (ECF 19), and this certificate of service filed with this court on Plaintiff to his residence address at 6636 Washington Blvd., Lot 71, Elkridge, MD 21705 by personally placing same in the First Class mail of the United States Postal Service with proper postage affixed.

DATED at Shirley, Massachusetts this 17th day of July, 2015.

                                                  Scott Hinckley, *pro per*
                                                  31 Lawton Road
                                                  Shirley, MA 01464
                                                  (978) 425-4427
                                                  sjhinckley@comcast.net