EXHIBIT A (Evidence of Defendant Grady's Maryland Contacts.)



**hogewash**
Never pick a fight with a man who buys bits by the terabyte.

# Hogewash!
© W. J. J. Hoge

Home    About    DMCA Contact    Pronunciation Guide    Science & the Bible    The Fine Print    Tip Jar

SEARCH RESULTS FOR: HAND-DELIVERED

### In Re a LOLsuit                                             26
Posted on 17 July, 2015

👍 25  👎 0  ⭐ Rate This

Aaron Walker and I hand delivered this filing to the U. S. District Court today as a favor for Patrick Grady.

Posted in Lawfare, Team Kimberlin Trolls | Tagged Dreadful Pro-Se Schmalfeldt, LOLsuit · 26 Replies

### In Re Schmalfeldt v. Grady                                  154
Posted on 13 July, 2015

👍 35  👎 0  ⭐ Rate This

I hand delivered this filing to the U. S. District Court on Friday as a favor for Patrick Grady. I also hand delivered other filings related to that case this morning.

Posted in Lawfare, Team Kimberlin Trolls | Tagged Dreadful Pro-Se Schmalfeldt, LOLsuit2 | 154 Replies

### In Re Schmalfeldt v. Grady                                   63
Posted on 30 June, 2015

👍 29  👎 0  ⭐ Rate This

I hand delivered this filing for Patrick Grady to the U. S. District Court yesterday.

Posted in Lawfare, Team Kimberlin Trolls | Tagged Dreadful Pro-Se Schmalfeldt, LOLsuit · 63 Replies

### In Re Schmalfeldt v Grady                                    58
Posted on 9 June, 2015

👍 26  👎 0  ⭐ Rate This

As a favor to Patrick Grady, I hand delivered this motion to the Clerk of the U. S. District Court for the District of Maryland this morning.

Posted in Lawfare, Team Kimberlin Trolls | Tagged Dreadful Pro-Se Schmalfeldt, LOLsuit · 58 Replies

Shameless Commercial Clap the widget to leave a tip—

Shop Amazon
⇅
Price.
Selection.
Convenience.
» Shop Amazon.com

amazon

Yet More Shameless Commercial! Click the widget to shop at The Hogewash Store—