EXHIBIT B (Grady's pseudonym "Paul Krendler" shares lodging with WJJ Hoge?)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
TX 7-925-154

Effective date of registration:
June 7, 2014

### Title
Title of Work: We Can Write What We Want, Right?

### Completion/Publication
Year of Completion: 2014
Date of 1st Publication: April 23, 2014    Nation of 1st Publication: United States

### Author
- Author: Paul Krendler    **Pseudonym for Patrick G. Grady**
- Author Created: text
- Work made for hire: No
- Citizen of: United States    Domiciled in: United States
- Pseudonymous: Yes

### Copyright claimant
Copyright Claimant: Paul Krendler
20 Ridge Road, Westminster, MD, 21157, United States
Copyright Claimant: William John Joseph Hoge
20 Ridge Road, Westminster, MD, 21157
Transfer Statement: By written agreement

### Rights and Permissions
Name: William John Joseph Hoge
Email: himself@wjjhoge.com    Telephone: 410-596-2-54
Address: 20 Ridge Road
Westminster, MD 21157 United States

### Certification

Page 1 of 2