

Bill and Gail Schmalfeldt
6636 Washington Blvd. #71
Elkridge, MD 21075

BALTIMORE MD 212

20 JUL 2015 PM5 L

Clerk of Courts
US District Court for the Dist. of Maryland
Baltimore Division
101 W. Lombard
Baltimore, MD 21201

FILED ———— ENTERED
LOGGED ———— RECEIVED

JUL 22 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ———————— DEPUTY

21201262915