From: **David Edgren** davidredgren@gmail.com 
Subject: Re: Sending your reply
Date: July 13, 2015 at 5:28 PM
To: LordofSatire lordofsatire@gmail.com

Bill: I have no more time, otherwise I would engage with you. And please don't load up my email box with horrible images, whether they were posted by my 'side' or by you. Nobody here is squeaky clean- the judge will figure that out. But he also has to apply Maryland law, and Maryland, bless its heart, is a contributory negligence stay. Your case, regardless of anything else that happens, is a dead man walking. It's only a matter of time.

You like Tolkien? Or maybe Tolkien as informed by Peter Jackson, I don't know. What Treebeard said: "Side? I don't have any side." I'm just a guy defending himself against you in this lawsuit. If you dismiss me, I'll figure out what I need to do. But it's not because I'm on anyone's side.

David Edgren

On Monday, July 13, 2015, LordofSatire <lordofsatire@gmail.com> wrote:
> David,
>
> Anything that was deleted was because people got my twitter accounts gulag. I have changed blogs. I have found more favorable conditions and prices for hosting. Besides, anything you need, ask Grace or AReader1 or ArmyVet. They have filing cabinets filled with my stuff.
>
> Pissed people off? Who? Who have I ever taken a shot at when they didn't take the first shot at me? You wanna talk "pissed off"?









Text

This would be me, stomping on my wife's future grave.





---



**Roy Schmalfeldt**
July 1, 2015 at 8:51 pm

Bullshit, you supperating hemoroid of a sad excuse for a sack of shit.

You raped someone I loved, and for that, you are going to hell.

★ Liked by 4 people



**agiledog**
June 17, 2015 at 3:51 pm

Gail Schmalfeldt is dead, and Connie Hoge is better. [ ...redacted... ]

*We are not going there. Sorry.* -the Staff



Like



**agiledog**
June 17, 2015 at 4:00 pm

Your blog – your choice.

*It is. And thanks for understanding. Maybe down the road, but not now.*
*-the Staff*

 Like

If you are not going to allow me to drop you from the lawsuit, that's gonna look rather odd to the judge. I want Grady. I want "Howard Earl." I want "Grace.: I want "Roy Schmalfeldt."

File what you gotta file, but I am going to ask the judge to drop you from my lawsuit. I have done you no harm. Shit, I haven't done ANY of you any harm. You talk a very one-sided game, sir. I know that's what lawyers do. I even offered to dismiss everyone subject to reopening the case if the harassment did not cease. But you wouldn't budge on that either.

A demand is not a negotiation.

An order is not a settlement offer.

In your view, I was supposed to do all the yielding while your side did none.

Sorry, David. That's just not going to happen.

An apology from all parties will still make the whole thing go away. Individual apologies will be released from the lawsuit individually. The judge will be informed that I have made this offer. It's going to look odd when the judge sees my evidence and my offer to let everyone go if they just apologize for the smut about my wife and that offer was not accepted.

Despite the conventional wisdom, David, I am not a stupid person. Please don't treat me like one.

Take care.

Bill

> On Jul 13, 2015, at 4:43 PM, David Edgren <davidredgren@gmail.com> wrote:
>
> Bill:
>
> I really regret that you did not avail yourself of a good offer.
>
> I also find it regrettable that, as I worked on various things today, another of the defendants contacted me to let me know that you were discussing our settlement discussions on your podcast. I am somewhat hurt by this, as I sought to reach out to you in trusting that you would observe common courtesy. You have now destroyed the confidentiality aspect of our discussions- that does not bode well for contact in the future.
>
> I will accelerate my schedule and attempt to file the show cause motion/motion to terminate your IFP status by COB tomorrow. I wish things could be different, but your failure to accept the settlement I offered leaves me with no choice.
>
> David
>
> On Monday, July 13, 2015, LordofSatire <lordofsatire@gmail.com> wrote:

> On Monday, July 13, 2015, LordofSatire <lordofsatire@gmail.com> wrote:
>
> Sorry, David. Do what you gotta do,
>
> And read this. Grady's motion to strike. He seems unaware of the fact that I do not need the court's, or his approval for a first amended complaint.
>
> http://ia601502.us.archive.org/0/items/gov.uscourts.mdd.315389/gov.uscourts.mdd.315389.16.0.pdf
>
> One more time, I will offer to remove everyone but Grady and Howard Earl and Roy Schmalfeldt and Grace. You and Ashterah can go on your way. Or, you can stay in the suit. Either way, I will file a motion to dismiss you and Ashterah with prejudice.
>
> Thanks again for keeping things civil. You have earned my respect, and you have it henceforth.
> Bill
>
>> On Jul 13, 2015, at 12:21 PM, David Edgren <davidredgren@gmail.com> wrote:
>>
>> Bill: I had seriously weighed simply going ahead and rejecting your latest counteroffer with a terse "Not Accepted," but since a few hours remain and since you have been courteous to me in our email exchanges I am going to respond one last time in kind.
>>
>> I am not agreeable to dismissing the litigation "without prejudice" as that defeats the entire purpose of my offer. My intention was to bring all this stuff to a halt, as of today, and start with a clean slate. You'll have achieved making me withdraw from the field, you will have protected yourself from claims by my son, you will have effectively killed off Billy Sez, you will have kept an angry judge from dismissing your lawsuit outright and possibly imposing significant sanctions against you over the IFP issues. Hell, I am even willing to throw in a written apology, which you can publish as you would see fit. It doesn't make any difference to me- I won't ever be reading your Twitter feed or blog again, and I have the self-discipline to keep that promise.
>>
>> If this madness is not brought to a final end by you in dismissing it with prejudice as to everyone today, here is the first of several things you will see from me on Pacer this week:
>>
>> https://www.dropbox.com/s/iszm4troxipyq0i/Objection%20and%20Motion%20re%20Amended%20Complaint%20and%20Summonses%20Final%20As%20Filed.pdf?dl=0
>>
>> You can render that moot, Bill, by accepting my offer and dismissing the case. I won't tell you again that it is the best thing you can do, since I just did.
>>
>> I don't know when the clerk's office closes, either 4:30 or 5:00 p.m. Eastern Time. I would expect to either look at the docket on PACER or receive a copy of a file-stamped dismissal filing from you at that time. That leaves somewhere around four hours for you to act. If I see confirmation that you have accepted my offer and dismissed, my apology will be immediately forthcoming. If not, I will finalize preparing the IFP motion to show cause and start work on my son's third-party complaint.
>>
>> Thank you, again *one last time*, for carefully considering these matters.
>>
>>
>> David Edgren
>>
>> On Mon, Jul 13, 2015 at 7:03 AM, LordofSatire <lordofsatire@gmail.com> wrote:
>>> After you've read and digested what I last sent, please drop me a line. I am inclined to accept your offer, but without prejudice so I can reinstate it if the shit doesn't ramp down eventually.
>>>
>>> Bill



From: **David Edgren** davidredgren@gmail.com
Subject: Re: Sending your reply
Date: July 13, 2015 at 12:21 PM
To: LordofSatire lordofsatire@gmail.com

Bill: I had seriously weighed simply going ahead and rejecting your latest counteroffer with a terse "Not Accepted," but since a few hours remain and since you have been courteous to me in our email exchanges I am going to respond one last time in kind.

I am not agreeable to dismissing the litigation "without prejudice" as that defeats the entire purpose of my offer. My intention was to bring all this stuff to a halt, as of today, and start with a clean slate. You'll have achieved making me withdraw from the field, you will have protected yourself from claims by my son, you will have effectively killed off Billy Sez, you will have kept an angry judge from dismissing your lawsuit outright and possibly imposing significant sanctions against you over the IFP issues. Hell, I am even willing to throw in a written apology, which you can publish as you would see fit. It doesn't make any difference to me- I won't ever be reading your Twitter feed or blog again, and I have the self-discipline to keep that promise.

If this madness is not brought to a final end by you in dismissing it with prejudice as to everyone today, here is the first of several things you will see from me on Pacer this week:

https://www.dropbox.com/s/iszm4troxipyq0i/Objection%20and%20Motion%20re%20Amended%20Complaint%20and%20Summonses%20Final%20As%20Filed.pdf?dl=0

You can render that moot, Bill, by accepting my offer and dismissing the case. I won't tell you again that it is the best thing you can do, since I just did.

I don't know when the clerk's office closes, either 4:30 or 5:00 p.m. Eastern Time. I would expect to either look at the docket on PACER or receive a copy of a file-stamped dismissal filing from you at that time. That leaves somewhere around four hours for you to act. If I see confirmation that you have accepted my offer and dismissed, my apology will be immediately forthcoming. If not, I will finalize preparing the IFP motion to show cause and start work on my son's third-party complaint.

Thank you, again *one last time*, for carefully considering these matters.


David Edgren

On Mon, Jul 13, 2015 at 7:03 AM, LordofSatire <lordofsatire@gmail.com> wrote:
> After you've read and digested what I last sent, please drop me a line. I am inclined to accept your offer, but without prejudice so I can reinstate it if the shit doesn't ramp down eventually.
>
> Bill

From: **David Edgren** davidredgren@gmail.com
Subject: Re: Please Don't Misrepresent What I Filed
Date: July 14, 2015 at 4:45 PM
To: LordofSatire lordofsatire@gmail.com



Bill, I just don't know what to say. It's Wednesday and you have dismissed nobody. Even though my offer has expired I continue to talk with you.

If you didn't like my filing that showed up on the docket today (which I think is pretty tame and straightforward- it doesn't disparage you, it simply points to things you have written or said and says you- and the court- didn't follow the rules) you are going to hate what will show up Friday. As I said, I am going after your IFP status <em> based on things you have written or said or done, and I feel on fairly firm ground in saying that there may well be grounds for dismissal of the entire case there. I will certainly argue for that, and for other things. But this isn't personal, Bill. I'm simply doing what lawyers do in aggressively protecting a client's interests. You don't want to run that risk- dismiss me with prejudice so I can't come back. Of course, you should dismiss all the other litigants too, but you've made it clear that you require things from them that I'm sure they are not going to give you. Or better yet, dismiss all the others and litigate with me only. That's a fair fight. Two 60+ disabled guys duking it out, <em>mano a mano</em>. I know a lot about the law and you think you do, too. What could be more fair than that? What better way to demonstrate your commitment to what you believe is right?

Bill, the motion I will serve on you on Friday will seek sanctions, big ones, and will make you and Mr. Balcerak do a number of things the two of you probably don't particularly want to do. We're in Federal Court moving beyond the short peaceful period at the commencement of the case. After Friday, nobody's kidding around anymore. No more posturing. And, if you continue to call me names, I will ask the court to stop you.

Sincerely,


David Edgren

On Tue, Jul 14, 2015 at 11:15 AM, LordofSatire <lordofsatire@gmail.com> wrote:
Yes, in the FUTURE, you treacherous SOB! I haven't even gotten the DEATH certficate yet. And I just discovered your error filled filing in the last five minutes of the show, so it was HARDLY the "subject" of the podcast.

I paid for the urn with a credit card for which I pay $25 a month. A tweet to a lowlife is not evidence of a fact, and my son started splitting the rent with me when his mother died. When I filed the IFP form I hd no idea she was dying. What a horrible, disingenuous thing to do.

Bill
> On Jul 14, 2015, at 3:11 PM, David Edgren <davidredgren@gmail.com> wrote:
>
> Bill, you know the defendants are sharing information. I was just contacted and told I was the subject of your podcast today in that you were saying I objected to your purchase of an urn for Gail's ashes. I said no such thing, of course. The exhibit that the photo of the urn was in was used for the purpose of documenting your admission of receiving insurance proceeds in the future. The motion, in referring to the exhibit, says that in so many words.
>
> You just make yourself sound silly talking about a document that does not say what you say it does. I have tried very hard to approach both my dealings with you and my filings about you on a professional basis keeping personalities out of it. Please, respectfully, would you do the same? Thank you.
>
>
> David Edgren