**U.S. Department of Justice**
United States Marshals Service

U.S. MARSHAL
BALTIMORE, MD

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

2015 JUL -7

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William M. Schmalfeldt, Sr. | # 1:15-cv-01241-RDB |
| DEFENDANT | TYPE OF PROCESS |
| Patrick G. Grady et al | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Scott Hinckley
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
31 Lawton Rd., Shirley, MA 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William M. Schmalfeldt, Sr.
6636 Washington Blvd., #71
Elkridge, MD 21075

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 410-206-9637
DATE: 7/2/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 037 | No. 037 | | 07/27/2015 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the or the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 07/17/2015   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | $0.00 |

REMARKS: Sent via certified mail return receipt restricted delivery:
7014 2120 0000 8092 8293
Service was refused and returned to sender on 07/15/2015

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



**CERTIFIED MAIL**

7014 2120 0000 8092 8293

U.S. Department of Justice
United States Marshals Service
District of Maryland

101 W. Lombard Street, Suite 6115
Baltimore, MD 21201-2692

Official Business
Penalty for Private Use $300

Refused

Scott Hinckley
31 Lawton Rd.
Shirley, MA 01464

7/10

INSPECTED BY
COURT SECURITY OFFICE
JUL 21 2015
BALTIMORE, MD

U.S. MARSHAL
BALTIMORE
2015 JUL 22 AM 11:53

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Scott Hinckley
31 Lawton Rd.
Shirley, MA 01464

1:15-CV-01241-RDB

2. Article Number (Transfer from service label)
7014 2120 0000 8092 8293

PS Form 3811, July 2013   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Priority Mail Express
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

DIXIE   014642075-1N   07/17/15
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

7014 2320 0000 8092 8290

*Sent To*
Scott Hinckley
31 Lawton Rd.
Shirley, MA 01464

*Street & Apt. No. or PO Box No.*
*City, State, ZIP+4*

PS Form 3800, July 2014    See Reverse for Instructions