**GodGraceNGuns**
@asideofbacon                                     Follow

Which child? The ones you've claimed are children of whores? The one whose husband you wanted to d0x? @liberalgrouchcd @antvq16

7:27 PM - 27 Oct 2014

                                  **EXHIBIT A-1**

---

 **GodGraceNGuns**
@asideofbacon                                     Follow

How about that grown-ass ADULT stepson of Gail's still living with y'all in that tin can? Him? @liberalgrouchcd @antvq16

7:28 PM - 27 Oct 2014

   1  ★ 1                         **EXHIBIT A-2**

**EXHIBIT "A"**