**CB Parody Records** @CBParodyRecords  Oct 27

@asideofbacon @antvq16 it's paid for shit wit. You call yourself
Christian? A very poor example.

View conversation

 **CB Parody Records** @CBParodyRecords  Oct 27

@asideofbacon @antvq16 pick one and start something tuff guy. Make
sure you write your SSN IN INDELIBLE INK ON YOUR FOREAR. Fucking
troll.

View conversation

 **CB Parody Records** @CBParodyRecords  Oct 27

@asideofbacon @antvq16 you mean the one with a great job, who
pays rent and helps me and his mom? That one, troll?

View conversation

 **CB Parody Records** @CBParodyRecords  Oct 27

@asideofbacon @antvq16 you are one particularly vicious and vile troll.
It wasn't the kids fault. Or mine. Personal responsibility? Now shoo

View conversation

 **CB Parody Records** @CBParodyRecords  Oct 27

@antvq16 @NCADV my child would kick your pale grey ass up to your
shoulder blades, coward.

View conversation

**EXHIBIT B**

**EXHIBIT "B"**