FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 28  AM 9: 43

CLERK'S OFFICE
AT GREENBELT
BY_____DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

WILLIAM M. SCHMALFELDT,               )
                                                              )
                    Plaintiff,                         )
                                                              )
vs.                                                         )
                                                              )
PATRICK G. GRADY, et al,               )
                                                              )
                    Defendants.                   )      Civil Action No. 1:15-cv-01241 RDB
_____ )

**REQUEST FOR RULING**
**[ECF 19]**

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case,

having appeared specially and without conceding or waiving any right to include, without limit,

any right of jurisdiction, venue, due process, or service of process, and request a ruling at the

earliest convenience of the court on Defendant Scott Hinckley's and my omnibus motion to

terminate Plaintiff's IFP status, dismiss the case with prejudice and for an order to require

Plaintiff to appear and show cause [ECF 19].  Such action by the court is asserted to be

appropriate, as the motions are fully briefed and are otherwise ripe for ruling.  Moreover, as is

argued in the various motions, the issues raised in them involved impropriety on Plaintiff's part

in his dealings with the court over his *in forma pauperis* status, which even Plaintiff has now

admitted in his response should be terminated.  Under the circumstances, it is unfair to the

various defendants and an affront to the court every day that status continues.

DATED at Wasilla, Alaska this 28th day of July, 2015.

David R. Edgren, *pro per*
1150 S. Grantham Rd.
Wasilla, Alaska  99654
(907) 355-5697