FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 31  AM 9:47

CLERK'S OFFICE
AT GREENBELT

BY_____BU_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| PATRICK G. GRADY, et al,  ) | |
| ) | |
| Defendants.  ) | Civil Action No. 1:15-cv-01241 RDB |
| _____) | |

## REQUEST FOR RULING
## ON NON-OPPOSED MOTION
## [ECF 17]

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and request a ruling at the earliest convenience of the court on my motion to strike Plaintiff's amended complaint appearing at ECF 13 and to rescind the summonses issued thereby. Such action by the court is asserted to be appropriate, as the 17 day time for response including additional time for my motion having been mailed to Plaintiff ran on July 30, 2015, without Plaintiff having filed a response or otherwise having come forward and opposed the motion. The motion is thus unopposed and otherwise ripe for ruling. Based on the Plaintiff's failure to oppose the motion, the court is urged to grant it forthwith using the proposed order filed with this request.

DATED at Wasilla, Alaska this 31st day of July, 2015.

David R. Edgren, *pro per*
1150 S. Grantham Rd.
Wasilla, Alaska 99654
(907) 355-5697

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 31  AM 9: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PATRICK G. GRADY, et al, ) | |
| ) | |
| Defendants. ) | Civil Action No. 1:15-cv-01241 RDB |

**CERTIFICATE OF SERVICE**

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and by my signature affixed to this document below hereby certifies that, on the 31st day of July, 2015, I served true and correct copies of my request for ruling on my motion at ECF 17 to strike Plaintiff's amended complaint appearing at ECF 13 and rescind the summonses issued thereby, a proposed order for the court's use in granting my motion, and this certificate of service on Plaintiff to his residence address at 6636 Washington Blvd., Lot 71, Elkridge, MD  21705 by personally placing same in the First Class mail of the United States Postal Service with proper postage affixed.

DATED at Wasilla, Alaska this 31st day of July, 2015.

                                          David R. Edgren, *pro per*
                                          1150 S. Grantham Rd.
                                          Wasilla, Alaska 99654
                                          (907) 355-5697