US DISTRICT COURT FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

William M. Schmalfeldt, Sr., ) Case No.: **1:15-cv-01241-RDB**
) 
        Plaintiff, )
) Plaintiff's Motion to Dismiss with
vs. ) Prejudice
)
Patrick G. Grady, et al, )
)
        Defendant )

NOW COMES Plaintiff William M. Schmalfeldt, Sr., to ask this Court to dismiss the lawsuit Plaintiff filed on April 29, 2015.

In the time since that filing date, none of the defendants has filed an official answer, at least two have refused service of summons, and Plaintiff no longer has the desire or the energy to pursue this suit.

Since the untimely death of Plaintiff's wife, Gail, on June 17, 2015, Plaintiff has decided to move out of Maryland to live closer to family members in the Midwest.

THEREFORE, Plaintiff prays that this Court will dismiss the instant case, with prejudice, against all defendants named in his complaint and first amended complaint.

Dated this 13th day of August, 2015

William M. Schmalfeldt, Pro Se
6636 Washington Blvd. #71
Elkridge, MD 21075 410-206-9637

E-mail baschmalfeldt@comcast.net

**CERTIFICATE OF SERVICE**

Plaintiff certifies that on Aug. 13, 2015, he sent copies of this pleading by first class mail to all defendants in the instant suit.

Respectfully Submitted,

*/s/ William M. Schmalfeldt*

William M. Schmalfeldt, Pro Se