IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PATRICK G. GRADY, et al, ) | |
| ) | |
| Defendants. ) | Civil Action No. 1:15-cv-01241 RDB |

**NON-OPPOSITION TO PLAINTIFF'S
MOTION TO DISMISS
AND STIPULATION AS TO SAME**

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and hereby responds and non-opposes Plaintiff's Motion to Dismiss with Prejudice (ECF 35, hereinafter, the "Motion"). Further, I stipulate to the Motion as filed and to the immediate entry as lodged with one correction of Plaintiff's proposed order submitted with the Motion (ECF 35-1) as to me. Page 2 of the proposed order should be corrected to note that the dismissal is "with prejudice." As the proposed order makes no mention of costs and fees, it would be appropriate that the Plaintiff and I each bear respectively our own costs and fees of the action borne to date. I take no position as regards the matters raised in the Motion as to any other Defendant, named or pseudonymous.

DATED at Wasilla, Alaska this 17th day of August, 2015.

*[signature]*
David R. Edgren, *pro per*
1150 S. Grantham Rd.
Wasilla, Alaska  99654
(907) 355-5697
davidredgren@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM M. SCHMALFELDT, )
)
    Plaintiff, )
)
vs. )
)
PATRICK G. GRADY, et al, )
)
    Defendants. ) Civil Action No. 1:15-cv-01241 RDB
)

**CERTIFICATE OF SERVICE**

COMES NOW David Edgren, *pro per*, a named but not yet served defendant in this case, having appeared specially and without conceding or waiving any right to include, without limit, any right of jurisdiction, venue, due process, or service of process, and by my signature affixed to this document below hereby certifies that, on the 18th day of August, 2015, I served true and correct copies of my Response and Stipulation to Plaintiff's Motion to Dismiss with Prejudice and this certificate of service on Plaintiff to his residence address at 6636 Washington Blvd., Lot 71, Elkridge, MD 21705 by personally placing same in the First Class mail of the United States Postal Service with proper postage affixed.

DATED at Wasilla, Alaska this 18th day of August, 2015.

David R. Edgren, *pro per*
1150 S. Grantham Rd.
Wasilla, Alaska 99654
(907) 355-5697
davidredgren@gmail.com