_____ FILED            ENTERED
                       RECEIVED

AUG 2 4 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                          DEPUTY


## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT ) | Case No. 1:15-cv-01241-RDB |
| ) | |
| Plaintiff, ) | |
| vs. ) | MOTION TO FIND PLAINTIFF TO |
| PATRICK G. GRADY, et al, ) | BE A VEXATIOUS LITIGANT |
| ) | |
| Defendants ) | |
| ) | |

### MOTION TO FIND PLAINTIFF TO BE A VEXATIOUS LITIGANT

COMES NOW Scott Hinckley, *pro per*, a defendant in this case, and hereby moves the court to find the Plaintiff to be a vexatious litigant.

### DISCUSSION

The Plaintiff in this instant case is once again using the civil legal system to harass and annoy those whom he doesn't like or that make comments he does not approve of. The Plaintiff is using lawfare to injure and annoy others. This Court should stop his abuse of the judicial system by finding him to be a vexatious litigant, and requiring that he obtain the permission of a Federal Judge to file any further civil suits.

### HISTORY OF VEXATIOUS LITIGATION

The instant case is just the most recent example of four frivolous lawsuits filed at the Federal level. In May of 2014, the Plaintiff filed 1:14-cv-01685-CCB, a suit claiming defamation and harassment by ten defendants, one of them an anonymous Internet commenter. It was withdrawn just two days later by the Plaintiff. In June of 2014, the Plaintiff initiated a