UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SCHMALFELDT )<br>)<br>Plaintiff, )<br>vs. )<br>PATRICK G. GRADY, et al, )<br>)<br>Defendants ) | Case No. 1:15-cv-01241-RDB<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO DISMISS WITH<br>PREJUDICE |

THE COURT, having considered the motion by Plaintiff William M. Schmalfeldt, Sr., now makes and enters the following findings of fact and conclusions of law.

### FINDINGS AND CONCLUSIONS

The *pro se* plaintiff in the instant case states that since the death of his wife on June 17, 2015, he is desirous of living near family members in the Midwest.

Plaintiff seeks to dismiss the instant suit with prejudice in regard to all named and unnamed defendants.

### ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

The Plaintiff's Motion to Dismiss with prejudice the instant lawsuit is GRANTED.

ENTERED this ____ day of _____, 2015

_____
HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE