IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM M. SCHMALFELDT, SR. | * | |
| Plaintiff, | * | |
| v. | * | Civil No. RDB-15-1241 |
| PATRICK G. GRADY, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

This Court's previous Order (ECF#45) GRANTED the *Pro Se* Plaintiff's Motion to Dismiss and contained a section listing findings of fact which included reference to Defendants not having filed an Answer. Presently pending before this Court is the Motion of the *Pro Se* Defendant Scott Hinckley to Strike That Order and Issue a New Order (ECF#47) clarifying that an Answer had in fact been filed. No opposition has been filed to this motion.

Accordingly, IT IS HEREBY ORDERED this 6th day of June, 2016 that this Motion (**ECF#47**) is **GRANTED** and the Dismissal of this Action WITH PREJUDICE shall be MODIFIED to reflect that an Answer was filed by the Defendants. This case shall remain CLOSED and DISMISSED WITH PREJUDICE.

_____/s/_____
Richard D. Bennett
United States District Judge